Magistrate Judge Michelle L. Peterson

```
_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

         JAN 27 2023

              AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     BY                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIEN RAOULT,<br><br>Defendant. | NO. CR21-109 RSL<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

   ☐   Crime of violence (18 U.S.C. § 3156).

   ☐   Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

   ☐   Crime with a maximum sentence of life imprisonment or death.

   ☐   Drug offense with a maximum sentence of ten years or more.

☐   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

☐   Felony offense involving a minor victim other than a crime of violence.

☐   Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon.

☐   Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250).

☒   Serious risk the defendant will flee.

☐   Serious risk of obstruction of justice, including intimidation of a Prospective witness or juror.

2.   **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure (check both):

☒   Defendant's appearance as required.

☒   Safety of any other person and the community.

3.   **Rebuttable Presumption.**  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

☐   Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☐   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

☐   Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

1  ☐   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.  **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing:

☒   At the initial appearance

☐   After a continuance of ___ days (not more than 3)

DATED this 27th day of January, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Miriam Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-0582
Email: miriam.hinman@usdoj.gov