UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SEBASTIEN RAOULT,<br><br>　　　　　　Defendant. | Case No. CR21-109 RSL<br><br>DETENTION ORDER |

Mr. Raoult is charged with Conspiracy to Commit Computer Fraud and Abuse, 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B), Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 and 3559(g)(1), four counts of Wire Fraud, 18 U.S.C. § 1343 and 2, and three counts of Aggravated Identity Theft, 18 U.S.C. §1028A(a) and 2,

On January 27, 2023, the Court held a detention hearing. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

The government's basis for a detention hearing was that Mr. Raoult is a serious risk of flight. The Court agrees. Mr. Raoult is a citizen of France, fought extradition to the United States, has no known ties to the United States, and was not interviewed by Pretrial Services so

DETENTION ORDER - 1

very little is known about it. The government also argues that he is a danger to the community given the nature of the allegations contained in the Indictment. The Court also agrees that Mr. Raoult poses a danger to the community and there are no conditions or combination of conditions that would mitigate the flight risk or danger.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Raoult shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Raoult is confined shall deliver the Mr. Raoult to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Mr. Raoult, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _27th_ day of January, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2