AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>Sebastien Raoult<br><br>*Defendant* | )<br>)  Case No.   CR21-109-2 RSL<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sebastien Raoult,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Title 18, U.S.C. Sections 371 and 35599g)(1) - Conspiracy to Commit Computer Fraud and Abuse.
Count 2: Title 18, U.S.C. Sections 1349 and 3559(g)(1) - Conspiracy to Commit Wire Fraud.
Count 3-6: Title 18, U.S.C. Sections 1343 and 2 - Wire Fraud.
Count 7-9: Title 18, U.S.C. Sections 1028A(a) and 2 - Aggravated Identity Theft.

Date:   06/23/2021

*Issuing officer's signature*

City and state:   Seattle, Washinton

Sarah Kate Vaughan, United States Magitrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/23/2021, and the person was arrested on *(date)* 01/26/2023
at *(city and state)*

Date: 01/27/2023

*Arresting officer's signature*

Michael Hundelt, Special Agent
*Printed name and title*