1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEBASTIEN RAOULT,

Defendant.

Case No. CR21-109RSL

ORDER GRANTING
STIPULATED MOTION TO
CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE
DATE

16      This matter comes before the Court on defendant's "Stipulated Motion to Continue Trial
17  and Pretrial Motions Deadline." (Dkt. # 25). Having considered the facts set forth in the
18  motion, and defendant's knowing and voluntary waiver (Dkt. # 26), the Court finds as follows:

19      1.      The Court adopts the facts set forth in the stipulated motion: in particular, that this
20  case involves an alleged international hacking scheme resulting in voluminous and complex
21  discovery proceeding pursuant to a protective order issued by this Court. Pretrial preparation is
22  further complicated by the fact that defendant primarily speaks French. The Court accordingly
23  finds that a failure to grant a continuance would deny counsel, and any potential future counsel,
24  the reasonable time necessary for effective preparation, taking into account the exercise of due
25  diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

26      2.      The Court finds that a failure to grant a continuance would likely result in a
27  miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

28

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

3.     The Court finds that the additional time requested between the current trial date of April 3, 2023, and the proposed trial date of January 16, 2024, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, as defendant has requested more time to prepare for trial, to continue to investigate the matter, to gather evidence material to the defense, and to consider possible defenses.  The additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

4.     The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.     Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including February 16, 2024, Dkt. # 26, which will permit his trial to start on January 16, 2024.

IT IS HEREBY ORDERED that the trial date shall be continued from April 3, 2023, to January 16, 2024, and pretrial motions are to be filed no later than November 20, 2023;

IT IS FURTHER ORDERED that the period of time from the issuance of this Order, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.  The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 21st day of February, 2023.

Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2