*United States v. Raoult*, CR21-109-RSL

Exhibit 1 Placeholder
Recording of August 16, 2023, Motion Hearing (Dkt. 42)
Filed in Support of Emergency Appeal from Magistrate Judge's Denial of
Motion for Temporary Release