UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>SEBASTIEN RAOULT,<br><br>               Defendant. | Case No. CR23-109-RSL<br><br>**AGREEMENT TO SUPERVISE DEFENDANT** |

    I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is released from custody:

(1)    I will generally supervise the defendant;

(2)    I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge;

(3)    If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950, within one (1) business day.

(4)    OTHER:

_____

_____

DATED this _14_ Day of _august_, 20_23_.

Catherine RAOULT
Paul RAOULT
Print Name

[Signature]
Signature