# Exhibit 1

Translation of French Article from L'Obs

File Number: SE-3266471
Task ID: 1580516
File Name: News Article from "L'Obs"

# Sébastien Raoult: I refuse to believe that France has abandoned me to the mercy of the American Justice System."

EXCLUSIVE. Having been detained in Morocco since May 31, Sébastien Raoult spoke for the first time in a letter addressed to « L'Obs » after being dictated last week to his father from the telephone booth of his prison in Tiflet 2. Pending extradition to the United States, who suspect him of cyber hacking, he claims to be a victim of identity theft and appeals to the president of the Republic.

"I am using this letter to communicate directly with all those in France who are still interested in what is happening to me.

My daily life here is not wonderful. I am confined for 22 hours every day, with no contact with the outside world, with two hours in the prison exercise yard. I am in a country whose language I don't speak. I have been deprived of all my bearings, my dreams, my plans, and my freedom.

There are eight inmates in my "room". My personal space is limited to a one-person bed made up on a stone floor with blankets for a mattress. When packages actually reach me, they take three weeks to get here. The days, one after another, are all the same. The meals never change from week to week. I miss a good French steak and fries. I miss my country, my relatives, my family, and my friends. I am spending a fortune on phone calls in order to keep in touch and communicate with my family. However, I am not complaining, I am adapting to the situation as well as I can.

I am a victim of injustice.

Four month ago, on May 31, on Mother's Day, I was about to fly back from Rabat to my parents' home, when I was arrested without knowing the reason.

Only after several hours, in handcuffs, and without anyone to protect my rights, at the Moroccan police station, was I able to find out the following facts, without any further details: "*You are the subject of an international arrest warrant at the request of the United States*."

I only found out about the reason and the implementation of all this several weeks later, once my lawyer received the complete file.

File Number: SE-3266471
Task ID: 1580516
File Name: News Article from "L'Obs"

In this case, my identity had been hijacked, stolen so that I could be used as a scapegoat in connection with acts of cybercrime being conducted from France, to which the FBI thinks I participated in.

Because of this trap, which was set for me, I am now facing a sentence of 116 years in the United States. [Editors' note: on July 25, the Morocco Cassation Court issued a favorable opinion regarding the American extradition request].

I am asking for help from the Ministry of Justice and the Ministry of Foreign Affairs, and, if necessary, from the President of the Republic in order to take action and do anything necessary in order to make the United States drop the charges against me. I am asking for the case to be referred to the French judicial system, whose proceedings will enable me to plead my innocence according to the laws of the Republic.

If the police were able to work together with FBI agents to pursue an investigation, I would think that the United States would be able to grant the same request if it came from the French government.

We have no shortage of courts in France. If misdeeds have been committed from France, why should it fall to another country to enforce the law according to laws that are not ours?

On one hand, I refuse to believe any longer that the French State can abandon me to the mercy of the American judicial system; on the other hand, I still wonder why the French authorities never warned me about the Interpol arrest warrant [*dated November 2021*], since I subsequently renewed my passport and crossed borders on several occasions.
Could I have voluntarily been allowed to travel to an extraditable zone? If that is the case, then I would like to know who in France decided to prioritize the interests of the United States over those of one of its own citizens.

Therefore, you will understand how difficult it is for me to feel anything but a bitter mixture of abandonment and betrayal. I stagnate in misunderstanding and I am beginning to lose confidence in the values of the French Republic. I remember that the French Republic brought me up by instilling in me with the values of its motto: Liberty, Equality, and Fraternity. Today, at the age of 21, I find myself deprived of liberty, I am denied equality of treatment under the law, and the State is slow to express its fraternity.

File Number: SE-3266471
Task ID: 1580516
File Name: News Article from "L'Obs"

Nonetheless, I have found this value of fraternity in all of you who have provided and who continue to provide your support through of [sic] your actions, your help, whatever form it may take, and your encouragement. In this way, you are giving me courage and strength to keep up my morale and stand on my feet through this difficult ordeal. I am deeply touched by this show of solidarity. I know that many postcards have been written to me, yet to be transferred from the Ministry of Foreign Affairs, but I have not received any of them yet. However, thank you, what you are doing means a lot to me.

Thanks to your support, I continue to hope for a return to France and to a normal life, so that I can do what I was planning to before all of this happened to me: wish my mother a happy birthday!

My place is not here, nor do I have anything to do in the United States. My place is in France, where I am asking to be judged for the acts with which I am charged with and to make the truth be heard".

## By Vincent Monnier