FILED ____ ENTERED
LODGED ____ RECEIVED

SEP 27 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEBASTIEN RAOULT, <br><br> Defendant. | NO. CR21-109 RSL <br><br> CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty to the charges contained in Count 2 and Count 8 of the Indictment in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//
//
//
//

Consent To Rule 11 Plea - 1
United States v. Sebastien Raoult, CR21-109 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge orders the preparation of a presence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 27th day of September, 2023.

_____
SEBASTIEN RAOULT
Defendant

_____
DENNIS CARROLL
VANESSA PAI-THOMPSON
MUKUND RATHI
Attorneys for Defendant

APPROVED:

_____
MIRIAM R. HINMAN
Assistant United States Attorney

Consent To Rule 11 Plea - 2
United States v. Sebastien Raoult, CR21-109 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970