JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-109-RSL |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| SEBASTIEN RAOULT, | |
| Defendant. | |

NOTICE IS GIVEN that Vanessa Pai-Thompson withdraws as counsel for Sebastien Raoult. Pursuant to LCR 83.2(b)(3), undersigned counsel confirm that Mr. Raoult remains represented by Dennis Carroll and Mukund Rathi.

DATED this 30th day of October 2023.

Respectfully submitted,

s/ *Dennis Carroll* (current)
WSBA # 24410
Assistant Federal Public Defender

s/ *Mukund Rathi* (current)
BA # CA 33062
Assistant Federal Public Defender

s/ *Vanessa Pai-Thompson* (withdrawing)
BA # NY 4672317
Assistant Federal Public Defender

Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100

NOTICE OF WITHDRAWAL
(*U.S. v. Raoult,* CR21-109-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**