# Exhibit 1

17 chemin du Pré Serpent
88000 EPINAL
FRANCE

October 6, 2023
Honorable Richard S. Lasnik
U.S. District Judge

Subject : Letter concerning Sébastien RAOULT

Dear Judge LASNIK,

I am writing to you as Sébastien's father to share some thoughts on his life and the family context. For more than 33 years together, my wife and I have been united and supportive. We have chosen to write to you separately to allow you to appreciate our respective points of view.

I am 64, and have now retired after a varied professional career. Originally a social worker, I enriched my training with a Bachelor's degree in Education, added to my capacity in Business Management, along with three year's of training in Communication Consulting. I have held various positions for different employers, including 14 years as a civil servant, at the Vosges Departmental Council, where I ended my career as head of the Administrative and Financial Service for the Solidarity Sector. In parallel to my professional activities, I have always been involved in community life in particular as an active member of the FCPE, the first federation of parents of students in France, which I had the honor of chairing when we had more than 320,000 members.

I am the youngest and only boy of six siblings. My father was a colonial administrator. Later, he was also elected Mayor of our municipality for more than ten years. I remember him as a man who was committed to his fellow human beings, giving of himself in the service of the community. During the Second World War, he joined General de Gaulle in London, where he met my mother. At his funeral, twelve distinctions and medals, including the Legion of Honour, were placed on his coffin in recognition of his commitment and actions in the service of others.

My mother devoted most of her life to raising her six children. Despite this responsibility, she still found time to get involved in social work, especially with the Red Cross. In 1940, she was the youngest volunteer to join the Free French Forces. Widowed at the age of 63, she invested herself in the Duty of Remembrance by intervening in schools to testify to the younger generations. She was awarded the *Palmes Académiques* and was also decorated with the Legion of Honor. She is remembered as a woman of unwavering integrity. I remember an anecdote, I must have been about ten years old at the time: my mother came home from shopping and noticed that the cashier had forgotten to count a tube of toothpaste. She immediately went back to the store to pay for it, even though it meant a walk of more than forty minutes.

Paul RAOULT p. 1

**EXHIBIT 1, P. 1**

My five sisters are all married and each have children. The values of dedication to others, respect for others and for life in general that our parents passed on to us, I sincerely believe that we in turn passed on to our children. Scattered now to the four corners of France, our closeness of heart has remained intact, and we look forward to meeting again whenever the opportunity arises. We are united, and the whole family has been deeply affected by the news of Sébastien's arrest as the accusations made are in total contradiction to our nature.

I met my wife in a professional setting. We are very complicit and complementary.

Our eldest son, Jeremy, is now 33 years old. He is an artist and musician and lives in Strasbourg. Jean-Baptiste, the second, is 31 years old. He got married this summer and works at the Epinal hospital, in the maintenance department of computer and telephone systems.

Sébastien, the youngest, was born in 2001, respectively 11 and 9 years younger than his brothers. Catherine and I worked closely together on the up-bringing of our children. We lived a simple life, and were a loving family, where harmony reigned. We communicated regularly and our children were free to talk to us. I was sometimes surprised at how easily they expressed themselves as teenagers about their first stirrings of love, a subject I would never have dared to discuss with my own parents. Through our example and our words, we have tried to convey to them our humanist values, which emphasize respect for individuals, their privacy and their property. Sébastien was twelve years old when his bike was stolen. I had little hope of getting him back, but I filed a complaint at the police station. This was purely for educational purposes to show him that theft should not be trivialized and that it was a dishonest action with serious consequences.

Over the past few years, our family has been tested by a series of misfortunes that have affected us deeply:

- It all started when Catherine had to deal with cancer. She battled this disease, and we, as loved ones, supported her as much as we could. At the time, Sebastian was in the third year of middle school and his brothers were already independent and had left home. Sébastien was touched by this news, but he probably didn't want to share his fears and anxieties with us so as not to add an additional burden. The pedagogical team at his school noticed a change in his behavior and informed us about it.

- Soon after, my mother, Sébastien's 93-year-old grandmother who was still fully independent, suffered a stroke due to a medical error. She lost 80% of her autonomy. Following her treatment, we had to completely reorganize her life and invest, my sisters and I, in her accompaniment until her death in 2020.

- On 11 December 2018, an attack took place in Strasbourg. Our eldest son, Jeremy, was one of the victims. He was hit at point-blank by a bullet in the back of the head which tore through his carotid artery. After long hours of surgery and three days of life-threatening conditions, he survived. This period was extremely difficult for the whole family, and Sébastien, who was very present and compassionate towards his brother, did not escape the suffering caused by both the media uproar surrounding the event and the family concerns that ensued.

Paul RAOULT p. 2

- Less than a year later, I was diagnosed with burnout. This resulted in ten months off work. At the time, Sébastien was a student in Nancy, but when he came home on weekends, he noticed that his father, who had been hyperactive until then, was a shadow of his former self.

Sébastien went through all these family hardships without complaining and without sharing his feelings or emotions. While he shows great sensitivity in his relationships with others, he seems to be closed off when it comes to his own emotions. Maybe it's his modesty that prevents him from showing what he perceives as vulnerabilities?

Adding to all these family woes was the global COVID-19 pandemic in 2020. Sébastien found it difficult to cope with the long weeks of confinement he spent with us in the company of his brother, Jean-Baptiste. Even though we get along well and enjoy these moments of reunion, this was not enough to alleviate his discomfort.

Before Sébastien was born, my job required me to be away from home four days a week. When he was born, I took a six-month parental leave, then I opted for a job that paid less but allowed me to be more present with my children.

Despite the age gap, Sébastien has managed to find his place among the siblings. He was a cheerful, lively and helpful child, showing genuine empathy for others. I remember one day at the pool where several of his school friends were present. Sebastian stayed by my side, and when I asked him why he didn't go to play with his friends, he replied, "I don't want you to be bored alone." This behavior has remained a fundamental characteristic of his personality: he prefers to sacrifice himself rather than risk hurting someone else.

Sebastian was an easy child to raise. He never questioned the decisions of adults, succeeded in school without difficulty, and was quickly autonomous in doing his homework and learning his lessons. He showed curiosity and enthusiasm for everything he could discover. At the age of seven, he said, "I like it when I don't know something because I know I'm going to be able to learn it." His adolescence unfolded in a similar way, without the typical oppositional outbursts. As a young adult student, he quickly adapted to his new lifestyle and took charge of his budget with the money we gave him.

Sébastien doesn't fit the stereotype of the "geek" locked up in his room all day in front of a computer screen. On the contrary, he had a busy social life, was well-liked by his friends, and had solid relationships with them. The many phone calls and messages I have received since his arrest are proof of this.

Sébastien's current situation surprises me, disturbs me and forces me to ask myself questions. What mistakes did I make in his upbringing? How did I not see this coming? How could I have missed all this? I don't have an answer, just as I can't explain the reasons that drove him down this road.

It's true that parents of my generation are often misinformed when it comes to computer science, a field where we are in uncharted territory. Our children explore this universe without our having the knowledge to guide and accompany them. When he was younger, we protected him with parental control software to prevent him from stumbling upon inappropriate content or meeting bad people. However, without the slightest knowledge of the hacker world and its environment, I never thought of protecting him from himself.

Paul RAOULT p. 3

**EXHIBIT 1, P. 3**

Since his incarceration, I have not had the opportunity to speak at length with my son about his state of mind and the lessons he has learned from his experience in detention. However, he told me that he had taken a step back to better focus on himself, his motivations and his priorities. Once released, he plans to do some sorting out among his "friends" and get on with his life in a more mature and thoughtful way.

Sebastian will have to be tried and accept the sentence that will be imposed upon him. For my part, as a father, I do not judge him; even if I disapprove of his actions and the accusations against him, I distinguish between his actions and his person. He has resources, knowledge and skills that he can rely on to get on with his life. I want to continue to be a father to him, I will help him as much as possible to reintegrate society in an honest way, remaining loyal to his fellow human beings and respecting the property of others and what is theirs.

Thank you for considering this letter, which is intended to provide you with an overview of Sébastien's life and personality as well as the family context in which he grew up.

Kind regards,

Paul RAOULT                    [Hand signature]

(Written in French)

Paul RAOULT p. 4

17 chemin du Pré Serpent
88000 EPINAL
FRANCE

Le 6 octobre 2023

Honorable Richard S. Lasnik
U.S. District Judge

Objet : Letter concerning Sébastien RAOULT

Cher Juge LASNIK,

Je vous écris en tant que père de Sébastien pour partager quelques réflexions sur sa vie et le contexte familial. Depuis plus de 33 ans de vie commune, ma femme et moi sommes unis et solidaires. Nous avons fait le choix de vous écrire séparément pour vous permettre d'apprécier nos points de vue respectifs.

Agé de 64 ans, je suis aujourd'hui retraité, après une carrière professionnelle variée. À l'origine, travailleur social, j'ai enrichi ma formation par une licence en sciences de l'éducation, une capacité en gestion d'entreprise et une formation de trois ans en conseil en communication. J'ai occupé divers postes pour différents employeurs, dont 14 ans en tant que fonctionnaire, au Conseil départemental des Vosges, où j'ai fini ma carrière comme responsable du service administratif et financier pour le secteur des solidarités. En parallèle à mes activités professionnelles, j'ai toujours été engagé dans la vie associative. Notamment en tant que membre actif de la FCPE, la première fédération de parents d'élèves de France, que J'ai eu l'honneur de présider alors que nous comptions plus de 320 000 adhérents.

Je suis le benjamin et le seul garçon d'une fratrie de six enfants. Mon père était administrateur des colonies. Plus tard, il a également été élu Maire de notre commune pendant plus de dix ans. Je me souviens de lui comme d'un homme engagé envers ses semblables, donnant de lui-même au service de la collectivité. Pendant la Seconde Guerre mondiale, il a rejoint le Général de Gaulle à Londres, où il a rencontré ma mère. Lors de ses funérailles, douze distinctions et médailles, dont la Légion d'honneur, étaient posées sur son cercueil en reconnaissance de son engagement et de ses actions au service des autres.

Ma mère a consacré la majeure partie de sa vie à l'éducation de ses six enfants. Malgré cette responsabilité, elle trouvait encore le temps de s'impliquer dans des œuvres sociales, notamment auprès de la Croix-Rouge. En 1940, elle a été la plus jeune engagée volontaire à rejoindre les Forces Françaises Libres. Veuve à 63 ans, elle s'est investie dans le devoir de mémoire en intervenant dans les établissements scolaires pour témoigner auprès des jeunes générations. Elle a reçu les Palmes Académiques et a également été décorée de la Légion d'honneur. Elle nous a laissé le souvenir d'une femme d'une intégrité inébranlable. Je me souviens d'une anecdote je devais alors avoir une dizaine d'années : ma mère de retour des courses s'aperçoit que la caissière avait omis de compter un tube de dentifrice. Elle est aussitôt retournée au magasin pour le payer même si cela impliquait une marche de plus de quarante minutes.

EXHIBIT 1, P. 5

Mes cinq sœurs sont toutes mariées et ont chacune eue des enfants. Les valeurs du dévouement envers autrui, du respect envers les autres et de la vie en général que nos parents nous ont transmis, je pense sincèrement que nous les avons transmises à notre tour à nos enfants. Dispersé maintenant aux quatre coins de la France, notre proximité de cœur est restée intacte, et nous nous réjouissons de nous retrouver chaque fois que l'occasion se présente. Nous sommes unis, et l'ensemble de la famille a été profondément affecté par la nouvelle de l'arrestation de Sébastien, tant les accusations portées sont en totale contradiction avec notre nature.

J'ai rencontré ma femme dans le cadre professionnel. Nous sommes très complices et complémentaires.

Notre fils aîné, Jérémy, a aujourd'hui 33 ans. Il est artiste musicien et réside à Strasbourg. Jean-Baptiste, le second, a 31 ans. Il s'est marié cet été et travaille à l'hôpital d'Épinal, au service de la maintenance des systèmes informatiques et de téléphonie.

Sébastien, le plus jeune est né en 2001, avec respectivement 11 ans et 9 ans d'écart par rapport à ses frères. Catherine et moi avons collaboré étroitement dans l'éducation de nos enfants. Nous menions une vie simple, et formions une famille aimante, où l'harmonie régnait. Nous communiquions régulièrement et nos enfants pouvaient nous parler en toute liberté. J'étais parfois surpris de la facilité avec laquelle ils s'exprimaient, adolescent, sur leurs premiers émois amoureux. Un sujet que je n'aurais jamais osé aborder avec mes propres parents. À travers notre exemple et nos paroles, nous avons essayé de leur transmettre nos valeurs humanistes, qui mettent en avant le respect des individus, de leur vie privée et de leurs biens. Sébastien avait douze ans, quand il s'est fait volé son vélo. Je n'avais guère d'espoir de le récupérer, mais j'ai porté plainte au commissariat, uniquement dans un but éducatif, pour lui montrer que le vol ne devait pas être banalisé et qu'il s'agissait d'une action malhonnête avec des conséquences graves.

Au cours des dernières années, notre famille a été éprouvée par une série de malheurs qui nous ont profondément affectés :

- Tout a commencé lorsque Catherine a dû faire face à un cancer. Elle a lutter contre cette maladie, et nous, en tant que proches, l'avons soutenue autant que possible. À l'époque, Sébastien était en troisième au collège, et ses frères étaient déjà indépendants et avaient quitté la maison. Sébastien a été touché par cette nouvelle, mais il n'a sans doute pas souhaité nous faire part de ses peurs et de ses angoisses pour ne pas nous ajouter un fardeau supplémentaire. L'équipe pédagogique de son école a remarqué un changement de comportement et nous en a informé.

- Peu de temps après, ma mère, la grand-mère de Sébastien, âgée de 93 ans et encore entièrement autonome, a subi un AVC dû à une erreur médicale. Elle a perdu 80 % de son autonomie.  Après les soins, nous avons dû réorganiser entièrement sa vie et nous investir, mes sœurs et moi, dans son accompagnement jusqu'à son décès en 2020.

- Le 11 décembre 2018, un attentat a eu lieu à Strasbourg. Notre fils aîné, Jérémy, a été l'une des victimes. Il a été touché par une balle à bout portant dans la nuque, qui a déchiré sa carotide. Après de longues heures d'opération et trois jours où son pronostic vital était engagé, il a survécu. Cette période a été extrêmement difficile pour toute la famille, et Sébastien, qui était très présent et compatissant envers son frère n'a pas échappé aux souffrances engendrées tant par le tumulte médiatique entourant l'événement que par les préoccupations familiales qui en ont découlé.

EXHIBIT 1, P. 6

• Moins d'un an plus tard, j'ai été diagnostiqué avec un burn-out, ce qui m'a valu dix mois d'arrêt de travail. À l'époque, Sébastien était étudiant à Nancy, mais lorsqu'il revenait à la maison les week-ends, il constatait que son père jusqu'ici hyperactif, n'était plus que l'ombre de lui-même.

Toutes ces épreuves familiales, Sébastien les a traversées sans se plaindre et sans partager ses ressentis ou ses émotions. Alors qu'il fait preuve d'une grande sensibilité dans ses relations avec les autres, il semble être fermé en ce qui concerne ses propres émotions. Peut-être est-ce sa pudeur, qui l'empêche de montrer ce qu'il perçoit comme des vulnérabilités ?

À tous ces malheurs familiaux s'est ajoutée la pandémie mondiale de la COVID-19 en 2020. Sébastien a eu du mal à supporter les longues semaines de confinement qu'il a passées chez nous, en compagnie de son frère Jean-Baptiste. Même si nous nous entendons bien et que nous apprécions ces moments de réunion, cela n'a pas suffi à atténuer son mal-être.

Avant la naissance de Sébastien, mon travail m'obligeait à être absent du domicile familial quatre jours par semaine. À sa naissance, j'ai pris un congé parental de six mois, puis j'ai opté pour un emploi moins rémunérateur, mais qui me permettait d'être plus présent auprès de mes enfants.

Malgré l'écart d'âge, Sébastien a réussi à trouver sa place au sein de la fratrie. C'était un enfant joyeux, vif et serviable, démontrant une véritable empathie envers les autres. Je me souviens d'une journée à la piscine où plusieurs de ses amis d'école étaient présents. Sébastien est resté à mes côtés, et lorsque je lui ai demandé pourquoi il ne jouait pas avec ses copains, il m'a répondu : "*Je ne voudrais pas que tu restes tout seul à t'ennuyer.*" Ce comportement est resté une caractéristique fondamentale de sa personnalité : il préfère se sacrifier lui-même plutôt que de risquer de blesser quelqu'un d'autre.

Sébastien était un enfant facile à élever. Il n'a jamais contesté les décisions des adultes, a réussi sa scolarité sans encombre, fut rapidement autonome dans ses devoirs et l'apprentissage de ses leçons. Il démontrait de la curiosité et de l'enthousiasme pour tout ce qu'il pouvait découvrir. À l'âge de sept ans, il disait : "J'aime bien quand je ne sais pas quelque chose, car je sais que je vais pouvoir l'apprendre." Son adolescence s'est déroulée de manière similaire, sans les crises d'opposition et les contestations typiques. En tant que jeune adulte étudiant, il s'est rapidement adapté à son nouveau mode de vie et pris en charge son budget avec l'argent que nous lui versions.

Sébastien ne correspond pas au stéréotype du "geek" enfermé toute la journée dans sa chambre devant un écran d'ordinateur. Au contraire, il avait une vie sociale bien remplie, était apprécié par ses amis et entretenait des relations solides avec eux. Les nombreux appels téléphoniques et messages que j'ai reçus depuis son arrestation en sont la preuve.

La situation actuelle de Sébastien me surprend, me trouble et m'oblige à me poser des questions. Quelles erreurs ai-je commises dans son éducation ? Comment n'ai-je rien vu venir ? Comment ai-je pu passer à côté de tout cela ? Je n'ai pas de réponse, tout comme je ne peux expliquer les raisons qui l'ont conduit sur cette voie.

Il est vrai que les parents de ma génération sont souvent mal informés en ce qui concerne l'informatique, un domaine où nous évoluons en terrain inconnu. Nos enfants explorent cet univers sans que nous ayons les connaissances pour les guider et les accompagner. Quand il était plus jeune, nous l'avons protégé avec des logiciels de contrôle parental pour éviter qu'il ne tombe sur des contenus inappropriés ou ne fasse de mauvaises rencontre. Cependant, sans la moindre connaissance du monde des hackers et de son environnement, je n'ai jamais pensé à le protéger de lui-même.

Depuis son incarcération, je n'ai pas eu l'occasion de discuter longuement avec mon fils au sujet de son état d'esprit et des leçons qu'il a pu tirer de son expérience en détention. Cependant, il m'a indiqué qu'il avait pris du recul pour mieux se concentrer sur lui-même, ses motivations et ses priorités. Une fois libéré, il prévoit de faire le tri parmi ses "amis" et de reprendre sa vie de manière plus mature et réfléchie.

Sébastien devra être jugé et assumer la peine qui lui sera infligée. Pour ma part, en tant que père, je ne le juge pas, même si je désapprouve ses actions et les accusations portées contre lui, je fais la distinction entre ses actes et sa personne. Il possède des ressources, des connaissances et des compétences sur lesquelles il peut compter pour reprendre le cours de sa vie. Je souhaite continuer à jouer mon rôle de père, je l'aiderai autant que possible à réintégrer la société de manière honnête, en restant loyal envers ses semblables et en respectant les biens et la propriété d'autrui.

Je vous remercie de prendre en considération cette lettre, qui vise à vous présenter un aperçu de la vie et de la personnalité de Sébastien ainsi que du contexte familial dans lequel il a grandi.

Cordialement,

Paul RAOULT

(Ecrit en langue française).

**EXHIBIT 1, P. 8**

17, chemin du pré Serpent
88000 Epinal
France

October 6, 2023

The Honorable Richard S. Lasnik
U.S. District Judge

Subject: Letter concerning Sébastien RAOULT

Dear Judge Lasnik,


I am Sébastien's mother, and I hope to be able to shed some light on my son's personality and family background.

I am the elder of two siblings, I have a brother who is 61 years old, married, with a child Julien, 14 years old.

My mother raised us alone, instilled in us the values of courage, altruism, respect, everything that has made us who we are today, and that we have passed on to our children. She is still very active and independent despite being 91 years old. She lives in an apartment in the same city as my brother.

I am 63 years old and retired since April 2022, I worked at the Departmental Council as a social worker for more than 10 years with families in difficulty, then I was in charge of a medico-social team of 35 people whose programs are child welfare, integration, housing, maternal and child protection, social support for families; I then worked until my retirement at the Solidarity Development Unit of the Departmental Council as a territorial manager for integration and housing.

I met Paul 33 years ago. Our relationship was clear from the start and we got married in 1993. We have 3 children: Jeremy 33 years old; Jean-Baptiste, 31; Sébastien, 22 years old. We were both actively involved in their upbringing, making sure they didn't lack for anything and were healthy. We have always tried to be present to respond to their various requests and to acknowledge what they had to say. I can say that we are a close-knit, loving family. For example, we worked full-time, so they had lunch in the school canteen at lunchtime and went to the after-class study where I picked them up after work. I remember how happy they were when, during a long holiday, they were able to have lunch at home. I'd pick them up from school and together, we would have snacks, do homework and watch their TV shows. It may seem anecdotal, but they still remember those moments of sharing and laughter. These are also the moments that are part of their upbringing.

Sébastien was raised in an environment with values where the sense of family, solidarity, courage, respect, sense of effort, loyalty and altruism, were omnipresent. He is a serious, sociable, cultured, intelligent, resilient young man. During his schooling, he was a good student appreciated by his teachers. Every evening he told us about his day, proud of the new things he had learned. Just like his brothers, he was a well-loved child, we have a very strong bond. Since his arrest, he has continued to call and write to us regularly.

In the last few years, from 2016 to today, our family has been affected by tragedies and traumas that we can never forget.

In 2016, I underwent surgery for cancer, followed by chemotherapy and radiotherapy. Sébastien was very affected but he was able to find help from the school's nurse. I had a long talk with him about my state of health at that time, to reassure him that I was doing quite well. He said, "If you're not worried, then I'm not worried." During this period, Sébastien was very present and attentive to me.

In 2018, on December 11, the date of the attack on the Christmas market in Strasbourg where Sébastien's older brother, Jeremy, was seriously injured, a victim of the terrorist. The prognosis was life-threatening; [he was] placed in an artificial coma for several days. The whole family was extremely affected ; we lived through days of anguish of losing our son. This very violent event affected the whole family. Sebastian was able to show how much he cared for his brother.

In 2020, Sébastien's 95-year-old paternal grandmother passed away. Of course, we can think that this is the course of life, but these traumatic events have weakened Sébastien, without him quite being able to verbalize what he was feeling.

Adding to this the global Covid pandemic with the weeks of confinement, Sébastien could no longer bear not being able to go to Epitech, see his friends, [or] go shopping together. This period must have fragilized him even more; perhaps we did not sufficiently measure the impact on him.

However, Sébastien is not a loner, locked in his room day and night in front of his computer; on the contrary, he has a very intense social life with his friends. When he is at home, he participates in family life; we have our meals together or we have discussions on a wide variety of topics. He likes to exchange, learn, understand the world around him.

The announcement of Sébastien's arrest and incarceration was a great shock, incomprehensible. What he is accused of does not correspond at all to his personality, his character. I think about him every day, ask myself a lot of questions about what I could have done, what I may not have been able to see, but how?

I am convinced that due to his youth, Sébastien lacked discernment, hindsight, maturity, leading him to the wrong side of the road, and meeting the wrong persons.

Since his arrest and imprisonment during the conversations, visits to Morocco, and then to Seattle, I have been able to see his evolution; he has grown in maturity. I notice that he has been able to take an objective step back and show discernment.

I know that he has sincere regrets; he is more mature and takes a more lucid look at his mistakes, which I would call the mistakes of youth, and regrets them deeply; he has the ability to find meaning, to be able to bounce back and rebuild himself.

Sebastien is currently in a positive dynamic in which to envisage his future.

I have confidence in Sébastien, in his resilience. I believe in his ability to rehabilitate.

Of course, I will always be there for him, to help him put his youthful mistakes in the past.


Sincerely yours,




Catherine RAOULT        [Hand signature]

(Written in French)


**EXHIBIT 1, P. 11**

17, chemin du pré Serpent
88000 Epinal
FRANCE

Le 6 octobre 2023

Honorable Richard S. Lasnik
U.S. District Judge

Objet : Letter concerning Sébastien RAOULT

Cher Juge LASNIK,


Je suis la mère de Sébastien, et par la présente j'espère pouvoir vous apporter un éclairage sur la personnalité de mon fils et le contexte familial.

Je suis l'ainée d'une fratrie de deux enfants, j'ai un frère âgé de 61 ans, marié, un enfant Julien 14ans.

Ma mère nous a élevé seule, nous a inculqué les valeurs de courage, d'altruisme, de respect, de tout ce qui a fait ce que nous sommes aujourd'hui, et que nous avons transmis à nos enfants Elle est toujours très active et autonome malgré ses 91 ans, elle vit dans un appartement situé dans la même ville que mon frère.

J'ai 63 ans et suis à la retraite depuis avril 2022, j'ai travaillé au Conseil Départemental en tant qu'assistante sociale pendant plus de 10ans auprès de familles en difficultés, puis j'ai été responsable d'une équipe médicosociale de 35 personnes ayant pour missions l'aide sociale à l'enfance, l'insertion, le logement, la Protection Maternelle et Infantile, l'accompagnement social des familles ; j'ai travaillé ensuite jusqu' à ma retraite au Pôle de Développement des Solidarités du Conseil Départemental en tant que responsable territoriale pour l'insertion et le logement.

J'ai rencontré Paul il y a 33 ans, notre relation était une évidence et nous nous sommes mariés en 1993. Nous avons 3 enfants : Jérémy 33 ans ; Jean-Baptiste 31 ans et Sébastien 22 ans. Nous avons tous les deux participé activement à leur éducation, veillant ce qu'ils ne manquent de rien et qu'ils soient en bonne santé. Nous avons toujours cherché à être présents pour répondre à leurs diverses sollicitations et à rester à leur écoute. Je peux dire que nous sommes une famille unie, aimante. Un exemple : Nous travaillions à temps plein donc ils déjeunaient à la cantine scolaire les midis et allaient à l'étude où je venais les chercher après le travail. Je me souviens de leur joie quand lors d'un congé assez long, ils pouvaient déjeuner à la maison. Je venais les chercher à la sortie de l'école, ensemble, on prenait le goûter, on faisait les devoirs et on regardait leur feuilleton. Ça peut paraître anecdotique, mais ils se souviennent encore de ces moments de partage et de fou rire. Ce sont aussi ces moments qui font partie de leur éducation.

Sébastien a été élevé dans un environnement avec des valeurs où le sens de la famille, de la solidarité, du courage, du respect, du sens de l'effort, de la loyauté et de l'altruisme, étaient omniprésents. C'est un jeune homme sérieux, sociable, cultivé, intelligent, résiliant. C'était pendant sa scolarité un bon élève apprécié par ses professeurs. Il ne manquait pas chaque soir de nous raconter sa journée, fier des nouvelles choses qu'il avait apprises. Tout comme ses frères, il est un enfant choyé, nous avons des liens très forts. Depuis son arrestation, il continue à nous appeler régulièrement et à nous écrire.

Depuis ces dernières années de 2016 à aujourd'hui notre famille a été touchée par des drames, des traumatismes que l'on pourra jamais oublier.

En 2016, j'ai été opéré d'un cancer puis s'en est suivi des séances de chimiothérapie, de radiothérapie. Sébastien a été très affecté, mais il a su trouver de l'aide auprès de l'infirmière du collège. J'ai longuement discuté avec lui sur mon état du moment, pour le rassurer et lui dire que j'allais plutôt bien. Il m'a dit « si tu n'es pas inquiète, alors je ne suis pas inquiet ». Durant cette période,  Sébastien a été très présent, attentionné pour moi.

En 2018, le 11 décembre date de l'attentat du marché de Noël de Strasbourg où le frère ainé de Sébastien, Jérémy, a été gravement blessé victime du terroriste. Le pronostic vital était engagé, placé en coma artificiel plusieurs jours. Toute la famille a été extrêmement touchée, nous avons vécu des jours d'angoisse de perdre notre fils. Cet évènement d'une grande violence, a affecté toute la famille. Sébastien a pu montrer combien il tenait à son frère.

En 2020, la grand-mère paternelle de Sébastien, âgée de 95 ans est décédée. Certes on peut penser que c'est le cours de la vie mais ces évènements traumatiques ont fragilisé Sébastien, sans qu'il parvienne tout à fait à verbaliser ce qu'il ressentait.

S'ajoute à cela la pandémie mondiale de la Covid avec les semaines de confinement, Sébastien supportait mal de ne plus pouvoir se rendre à Epitech, voir ses amis, faire tous les deux des courses ensemble. Cette période a dû le fragiliser d'avantage, peut-être nous n'en n'avons- pas mesuré suffisamment l'impact sur lui.

Toutefois, Sébastien n'est pas un solitaire, enfermé dans sa chambre jour et nuit devant son ordinateur, bien au contraire, il a une vie sociale très intense avec ses amis. Quand il est à la maison,  il participe à la vie de famille, nous prenons nos repas ensemble où nous avons des discussions sur des sujets très variés. Il aime échanger, apprendre, comprendre le monde qui l'entoure.

L'annonce de l'arrestation puis l'incarcération de Sébastien a été un grand choc, une incompréhension. Ce qui lui est reproché, ne correspond absolument pas à sa personnalité, son caractère. Je pense à lui tous les jours, me pose beaucoup de questions sur ce que j'aurai pu faire, ce que je n'ai peut être pas su voir, mais comment ?

Je suis convaincue que Sébastien a manqué de discernement, de recul, de maturité due à sa jeunesse l'entrainant du mauvais côté du chemin et fait de mauvaises rencontres.

Depuis son arrestation et son incarcération au cours des échanges, des visites au Maroc, puis à Seattle, j'ai pu constater son évolution, il a grandi en maturité. Je remarque qu'il a su prendre de la distance et faire preuve de discernement.

Je sais qu'il regrette sincèrement, il est plus mature et porte un regard plus lucide sur ses erreurs que je qualifie d'erreur de jeunesse et les regrette profondément ; il a la capacité de donner du sens pour pouvoir rebondir et se reconstruire.

Sébastien est actuellement dans une dynamique positive pour envisager son avenir.

 J'ai confiance en Sébastien, en sa résilience, je crois en ses capacités de réhabilitation,

Bien évidemment je serai toujours là pour lui, l'aider à se projeter et à laisser derrière lui ses erreurs de jeunesse.


Sincerely yours,



                        Catherine RAOULT

(Ecrit en langue française)

30 GR Grand'Rue
88000 Longchamp

Subject: Letter concerning Sébastien RAOULT
October 12, 2023

The Honorable Richard S. Lasnik
Judge for the District of the United States

Dear Judge Lasnik,

Sebastien is my brother, and as a result, he has always been an integral part of my life since the day he was born. Despite our nine-year age difference, we always enjoyed playing together as children. Since he was a teenager, our relationship has grown closer around common topics and concerns.

For as long as I can remember, Sebastien has always shown respect for others and great loyalty. I have no recollection of our parents having difficulties in his upbringing. He was obedient and helpful, actively participating in family chores. As he grew up, he quickly became autonomous, responsible, and knew how to take the initiative when the situation called for it. I remember one day in particular, when Sebastien was about 17 years old. That day, we were home alone, and I started to experience abdominal pain. Sebastien let me rest, but when he returned to my room a little later, he immediately saw that the situation was getting worse and that intervention was needed. He took the initiative to call for help and, without being overwhelmed by emotion, communicated the crucial information to enable [the responders] to make a diagnosis. He then alerted our parents and stayed by my side to reassure me by putting his hand on my shoulder. My condition turned out to be quite serious, requiring several weeks of hospitalization.

Although I don't know his friends personally, I do know that he had an extensive social circle and was generally well-liked by those around him. Sébastien has a natural curiosity about others, and he knows how to give good advice. We both share a passion for IT, and when I had problems, he was quick to understand the context and come up with solutions. He was very pedagogical in his explanations, adapting his speech to the level of knowledge of the person he was talking to. In fact, my aunts, who are from a different generation, did not hesitate to ask him for help on issues related to new technologies.

We are a close-knit family, and we are always there for each other in difficult times. I was deeply saddened by Sébastien's arrest, and I was even more surprised when I learned of the charges against him. Our parents passed on to us the values of respect, morality and honesty, and Sebastien carries these values within him. I'm really trying to understand how he could have gone the wrong way. Maybe it's the result of a series of unfortunate circumstances in a difficult period of his life, bad encounters. Sebastian was always inclined to be of service, and he never saw evil in others. It is possible that he allowed himself to be dragged into an experience with serious consequences. He may have lacked discernment, blinded by the imprudence of his young age. At the time of the facts of which he is accused, we shared a lot about our respective lives, and he never mentioned to me or let on any elements that could have alerted me.

After his arrest in Morocco, I visited him only once. We didn't have much time, and we didn't have a chance to discuss his emotions or regrets. Since his arrival in America, we have been able to

**EXHIBIT 1, P. 15**

communicate by phone and email. Each time, I find my brother with his optimism intact, looking to the future. He told me that he has taken the time to take stock of himself and put his priorities in order. After several months of incarceration, I know that he now aspires to take charge of his future in a more mature way. I am confident that he has the necessary resources, and he knows that he can count on my support to accompany him on the path to rehabilitation.

The values instilled by our parents have never left him. Even if he has momentarily distanced himself from them, they are still an integral part of his inner nature. These values will be the driving force that will help him move towards a better future.

Please take these factors into consideration in your judgement and give Sebastian an opportunity to redeem himself. I am convinced that his rehabilitation is possible, and I am ready to support my brother in this process.

Thank you for your consideration of my letter.

Kind regards,

Jean-Baptiste RAOULT


[Hand signature]

30 GR Grand'Rue
88000 Longchamp

Objet : Lettre concernant Sébastien
12 octobre 2023

**L'honorable Richard S. Lasnik**
juge du district des États-Unis

Cher Juge Lasnik,
Sébastien est mon frère, et par conséquent, il a toujours fait partie intégrante de ma vie depuis le
jour de sa naissance. Malgré nos neuf années de différence d'âge, nous avons toujours pris plaisir à
jouer ensemble dans notre enfance. Depuis son adolescence, nos relations se sont resserrées autour
de sujets et de préoccupations communes.

Aussi loin que je me souvienne, Sébastien a toujours fait preuve de respect envers les autres et d'une
grande loyauté. Je n'ai aucun souvenir de nos parents rencontrant des difficultés dans son éducation.
Il était obéissant et serviable, participant activement aux tâches familiales. En grandissant, il est
rapidement devenu autonome, responsable et savait prendre des initiatives quand la situation
l'exigeait. Je me souviens d'un jour en particulier, lorsque Sébastien avait environ 17 ans. Ce jour-là,
nous étions seuls à la maison, et j'ai commencé à ressentir des douleurs abdominales. Sébastien m'a
laissé me reposer, mais lorsqu'il est retourné dans ma chambre un peu plus tard, il a immédiatement
constaté que la situation s'aggravait et qu'une intervention était nécessaire. Il a pris l'initiative
d'appeler les secours et, sans se laisser submerger par l'émotion, a communiqué les informations
cruciales pour leur permettre de poser un diagnostic. Il a ensuite alerté nos parents et est resté à mes
côtés pour me rassurer en posant sa main sur mon épaule. Mon état de santé s'est avéré être assez
grave, nécessitant plusieurs semaines d'hospitalisation.

Bien que je ne connaisse pas personnellement ses amis, je sais qu'il avait un cercle social étendu et
qu'il était généralement apprécié de son entourage. Sébastien a une curiosité naturelle envers les
autres, et il sait prodiguer de bons conseils. Nous partageons tous les deux une passion pour
l'informatique, et quand j'avais des problèmes, il était rapide à comprendre le contexte et à proposer
des solutions. Il se montrait très pédagogue dans ses explications, adaptant son discours au niveau de
connaissance de son interlocuteur. D'ailleurs, mes tantes, d'une génération différente, n'hésitaient
pas à le solliciter pour obtenir de l'aide sur des questions liées aux nouvelles technologies.

Nous formons une famille unie, et nous sommes toujours là les uns pour les autres dans les moments
difficiles. J'ai été profondément attristé par l'arrestation de Sébastien, et j'ai été encore plus surpris
lorsque j'ai appris les accusations portées contre lui. Nos parents nous ont transmis des valeurs de
respect, de moralité et d'honnêteté, et Sébastien porte ces valeurs en lui. Je m'interroge beaucoup
pour essayer de comprendre comment il a pu basculer du mauvais côté. Peut-être est-ce le fruit d'une
série de circonstances malheureuses dans une période difficile de sa vie, de mauvaises rencontres.
Sébastien était toujours enclin à rendre service, et il ne voyait jamais le mal chez les autres. Il est
possible qu'il se soit laissé entraîner malgré lui dans une expérience aux conséquences graves. Il a
peut-être manqué de discernement, aveuglé par l'insouciance due à son jeune âge. À l'époque des
faits qui lui sont reprochés, nous partagions beaucoup sur nos vies respectives, et il ne m'a jamais
évoqué ni laissé transparaître des éléments qui auraient pu m'alerter.

Après son arrestation au Maroc, je l'ai rendu visite une seule fois. Nous avions peu de temps, et nous
n'avons pas eu l'occasion de discuter de ses émotions ou de ses regrets. Depuis son arrivée en

Amérique, nous avons pu communiquer par téléphone et par e-mail. À chaque fois, je retrouve mon frère avec son optimisme intact, tourné vers l'avenir. Il m'a confié qu'il avait pris le temps de faire un bilan personnel et de hiérarchiser ses priorités. Après plusieurs mois d'incarcération, je sais qu'il aspire désormais à prendre en main son avenir de manière plus mature. Je suis convaincu qu'il a les ressources nécessaires, et il sait qu'il peut compter sur mon soutien pour l'accompagner sur le chemin de la réhabilitation.

Les valeurs inculquées par nos parents ne l'ont jamais quittées. Même s'il s'en est momentanément éloigné, elles font toujours partie intégrante de sa nature profonde. Ces valeurs seront le moteur qui l'aidera à avancer vers un avenir meilleur.

Je vous prie de prendre en considération ces éléments dans votre jugement et de donner à Sébastien une opportunité de se racheter. Je suis convaincu que sa réhabilitation est possible, et je suis prêt à soutenir mon frère dans ce processus.

Je vous remercie de l'attention que vous porterez à ma lettre.

Cordialement,


    Jean-Baptiste RAOULT

4, rue Pestalozzi
67000 STRASBOURG
France

October 23, 2023

Honorable Richard S. Lasnik
U.S. District Judge

Subject: Letter concerning Sébastien RAOULT

Your Honor:

My name is Jeremy, Sébastien's brother. Although we have an 11-year age difference, we have a strong bond and harmonious sibling relationships. In our youth, we shared moments of complicity while playing on PlayStation and later, through our discussions.

Over the years, I established my residence in Strasbourg where I work as a musician, while Sébastien lived in Nancy. The geographical distance meant that our daily meetings were spaced out, but we kept in warm contact via the Internet and by phone, and we were happy to meet at our parents' homes.

Over time, Sébastien has proven to be someone you can count on. He has a natural benevolence and a strong sense of family. I'm not very comfortable with new technologies, but Sébastien was always there to help me when I had computer problems, providing his help with patience and pedagogy, while sharing valuable advice.

During the attack in Strasbourg in December 2018 where I, myself, was one of the victims, Sébastien showed great compassion. He took the time to listen to me and to get my mind off my suffering with his humor and jokes; this was a great comfort in those difficult times.

The news of his arrest and the acts of which he is accused surprised me deeply. Our parents raised us by instilling values of respect for property and commitment to our fellow human beings. Sebastien is an extremely helpful person, always willing to share his skills to help others. He doesn't know how to refuse a request for assistance, and it's possible that malicious people took advantage of his kindness, unwittingly leading him down the wrong path. It is possible that his young age hindered his discernment.

Our family has been through many hardships over the past few years, including our mother's cancer, the Strasbourg attack, the stroke and death of our paternal grandmother, and our father's burnout. In addition, the global economy, the difficulties related to the health situation and the multiple periods of confinement due to the COVID pandemic have added to our disruptions. These events probably contributed to Sébastien's loss of bearings.

[Cont'd...]

EXHIBIT 1, P. 19

Sébastien is a solid and resilient person who doesn't let his emotions show. He never alluded to the offences of which he is accused, and I did not observe any significant increase in his behavior during 2020.

Sebastien's arrest affected me deeply. Writing this letter is a daunting task, as tears flow relentlessly under the weight of emotion. To imagine my brother in difficulty, powerless to help him, is an unbearable pain.

Since his transfer to the Seattle Detention Center, I have been able to speak with Sebastien by phone and email. We did not go into the details of the case. I know that he confided in our father that he had taken the time to reflect, to refocus on himself and to find the motivations to rebuild his life.

Upon his return to France, Sébastien will be able to count on the support of his family to accompany him in his rehabilitation process. For my part, I will be delighted to welcome him to Strasbourg, where I will be able to introduce him to the world of music, taking into account his passion for computers. It would be unfortunate if he were to relinquish his expertise in this area. One possible solution would be for him to put his knowledge and human qualities at the service of a beneficial cause, in compliance with the rules and laws. Perhaps he could contribute to the field of music, where new technologies, especially artificial intelligence, are becoming more and more important.

Whatever he chooses, he needs to know that he can always count on my love. The acts of which he is accused and which he has admitted to do not reflect his true nature. He will have to reconnect with the values we hold dear and continue his quest for meaning based on these principles.

Respectfully

Jeremy GENTY RAOULT

[Hand signature]

4 rue Pestalozzi
67000 STRASBOURG
FRANCE

Le 23 octobre 2023

Honorable Richard S. Lasnik
U.S. District Judge

Objet : Letter concerning Sébastien RAOULT

Monsieur le Juge,

Je me nomme Jérémy, le frère de Sébastien. Bien que nous ayons 11 ans de différence d'âge, nous entretenons un lien solide et des relations fraternelles harmonieuses. Dans notre jeunesse, nous partagions des moments de complicité en jouant à la Playstation et, plus tard, à travers nos discussions.

Au fil des années, j'ai établi ma résidence à Strasbourg, où j'exerce la profession d'artiste musicien, tandis que Sébastien résidait à Nancy. La distance géographique a fait en sorte que nos rencontres quotidiennes se sont espacées, mais nous gardions un contact chaleureux via Internet et par téléphone, et nous nous retrouvions avec plaisir chez nos parents.

Avec le temps, Sébastien s'est révélé être une personne sur laquelle on peut compter. Il possède une bienveillance naturelle et un fort sens de la famille. Je ne suis pas très à l'aise avec les nouvelles technologies, mais Sébastien a toujours été là pour m'aider lorsque j'avais des problèmes informatiques, fournissant son aide avec patience et pédagogie, tout en partageant de précieux conseils.

Lors de l'attentat de Strasbourg en décembre 2018, où j'ai été moi-même une des victimes, Sébastien a fait preuve d'une grande compassion. Il a pris le temps de m'écouter et m'a distrait avec son humour et ses blagues, ce qui a été d'un grand réconfort dans ces moments difficiles.

L'information de son arrestation et des faits qui lui sont reprochés, m'a profondément surpris. Nos parents nous ont éduqués en inculquant des valeurs de respect de la propriété et d'engagement envers nos prochains. Sébastien est une personne extrêmement serviable, toujours prête à partager ses compétences pour aider les autres. Il ne sait pas refuser une demande d'assistance, et il est possible que des personnes malveillantes aient profité de sa gentillesse, l'entraînant involontairement sur une mauvaise voie. Il est possible que son jeune âge ait entravé son discernement.

Notre famille a traversé de nombreuses épreuves au cours des dernières années, notamment le cancer de notre mère, l'attentat de Strasbourg, l'AVC puis le décès de notre grand-mère paternelle, et le burn-out de notre père. De plus, la conjoncture mondiale, les difficultés liées à la situation sanitaire et les multiples périodes de confinement dues à la pandémie de la COVID ont ajouté à nos perturbations. Ces événements ont probablement contribué à la perte de repères pour Sébastien.

Sébastien est une personne solide et résiliente qui ne laisse pas transparaître ses émotions. Il n'a jamais fait allusion aux infractions qui lui sont reprochées, et je n'ai pas observé de changement notable dans son comportement au cours de l'année 2020.

L'arrestation de Sébastien m'a profondément affecté. Écrire cette lettre est une tâche ardue, car les larmes coulent sans relâche sous le poids de l'émotion. Imaginer mon frère en difficulté, impuissant à lui venir en aide, est une douleur insoutenable.

Depuis son transfert au centre de détention de Seattle, j'ai pu échanger avec Sébastien par téléphone et par courrier électronique. Nous n'avons pas abordé les détails de l'affaire. Je sais qu'il a confié à notre père qu'il avait pris le temps de réfléchir, de se recentrer sur lui-même et de trouver les motivations pour reconstruire sa vie.

À son retour en France, Sébastien pourra compter sur le soutien de sa famille pour l'accompagner dans son processus de réhabilitation. Pour ma part, je serai ravi de l'accueillir à Strasbourg, où je pourrai lui faire découvrir le monde de la musique, en tenant compte de sa passion pour l'informatique. Il serait regrettable qu'il abandonne ses compétences dans ce domaine. Une solution envisageable serait qu'il mette ses connaissances et ses qualités humaines au service d'une cause bénéfique, dans le respect des règles et des lois. Peut-être pourrait-il contribuer au domaine de la musique, où les nouvelles technologies, notamment l'intelligence artificielle, prennent une place de plus en plus importante.

Quels que soient ses choix, il doit savoir qu'il peut toujours compter sur mon amour. Les actes qui lui sont reprochés et qu'il a reconnus ne reflètent pas sa véritable nature. Il devra renouer avec les valeurs qui nous sont chères et poursuivre sa quête de sens en s'appuyant sur ces principes.


Respectueusement,


Jérémy GENTY RAOULT

Docteur Philippe MARC et Madame Odile MARC
3, Chemin du Puits
66000 Perpignan
France

Judge LASNIK

Friday, September 22, 2023

Subject: Sébastien Raoult's character reference

Dear Judge LASNIK,

We are the paternal uncles and aunts of Sébastien Raoult, and we hope that our testimony will help you better understand the personality of our nephew.

Sébastien spent his childhood and adolescence in a loving and close-knit family. His parents have always been deeply involved in the upbringing of their three sons, especially attentive to their youngest, Sébastien. His mother, with her background as a social worker, has always been a great listener to her sons. His father, who was notably the national president of France's first parents' association, FCPE, was heavily invested in his education and schooling. He is very close to his son.

As for us, his extended family – uncles, aunts, cousins – we were devastated to learn of Sébastien's arrest, but also stunned because it didn't align with our nephew's personality. I should add that no one in our family had ever been in trouble with the law.

The last time we saw Sébastien was a few weeks before his arrest when he was on his way to his mother's birthday celebration and stopped by our place after a long day of traveling. During dinner, he talked about his plans as a computer scientist, the future of artificial intelligence, and the new technologies related to computing; he was enthusiastic. And patient because we didn't understand everything he was telling us. That's what characterizes Sébastien: his care for others, his warm kindness, and his thoughtfulness. He loves to share. Unlike many young computer enthusiasts, Sébastien is not a loner; he enjoys sharing his knowledge, and we have no doubt that he sought a certain emulation with other computer enthusiasts on the internet. Was he mature enough not to trust strangers hidden behind aliases, solely based on their shared passion? Did he let himself be carried away beyond his own judgment? We firmly believe that Sébastien, swept up by his passion and youth, did not realize the extent to which his actions affected the real world, and he didn't grasp that he was being drawn into criminal activities. It's the opposite of what he intended. His career goal is in computer security. On one hand, there's his constructive personality, and on the other hand, the unfortunate encounters.

We have no doubt that today he deeply regrets straying from the right path. Knowing him, we are aware that he blames himself for the harm he caused and the pain to his family.

**EXHIBIT 1, P. 23**

During his incarceration in Morocco, which was under particularly difficult living conditions, we know from his father he remained resilient, even being the one who, despite being the youngest, boosted the morale of the other foreigners detained with him. Sébastien is a brave young man, just like his grandfather and grandmother, both decorated with the Legion of Honor Cross for acts of bravery during the last World War and their commitment as citizens in the post-war peace.

It is in this spirit of honor and integrity that Sébastien's father was raised, and these are the same values he instilled in his son. If Sébastien did indeed take part in criminal acts, it's a product of his youth and a tragic setback. He is not a delinquent.

Sébastien is intelligent, determined, and the dramatic experience of these months of detention he has just gone through has, as he confided to his father, given him a maturity that allows him to recognize his mistakes and sincerely regret them.

But for our entire family, his incarceration was experienced as a daily tragedy, and we think of him every day, pray for him, and sincerely regret, just like him, the mistake of not having watched over him sufficiently.

Sébastien must be able to start anew and envision a future. As soon as he returns to France, free, we are certain that he will find the strength to get back on the right path and leave behind his youthful mistakes. We will all be there to help him, united – his uncles and aunts, his cousins, and above all his brothers and parents, because we have never lost faith in him and believe in his capacity for rehabilitation.

Sincerely yours,

Docteur Philippe MARC                                        Odile MARC

*TRANSLATION*                     *Case #21-109 RSL*                     *USA vs. RAOULT*

Contact address:
Anne-Jacqueline BOUSCH
6, rue de Normandie
75003 Paris
FRANCE

The Honorable Richard S. Lasnik
U.S. District Judge

Samesi October 21, 2023

Subject: Letter of support concerning Sébastien RAOULT

Dear Judge Lasnik

We are the first cousins of Sébastien Raoult's paternal family. We are a big close-knit family and Sébastien is the youngest among us. We frequently check in with each other, either through our parents or directly. We regularly get together for family events and celebrations. Despite our age differences, we are very closeknit, and we are always close in good times as well as when difficulties arise.

We know that Sebastien has always been a very good student, with ease. He is charismatic and well-liked. People often notice his humor, his attention to young and old, and his willingness to share his knowledge. He is curious, attentive, and open. We like to talk to him about serious and non-serious topics. As he is the youngest, he has long been considered a 'little one' and the older among us are amazed to discover the interesting and mature young adult he is becoming.

We believe that Sebastien allowed himself to be dragged in and influenced by a path that was never his own. Our family has never had any judicial problems and we all have well-established lives, professional activities, and some of us have families. This is what we want to show him as an example to encourage him in his reintegration as soon as he returns.

Our family is marked by the history of our grandparents who were members of the Resistance during the Second World War and both decorated with the highest of French distinctions: the Legion of Honour. They had the courage to risk their lives for justice and freedom. These values have been passed on to all of us and Sébastien has always been sensitive to them. In his upbringing, he received the values of justice and commitment as well as the idea that work is of great importance and allows one to contribute to society. We are certain that the offences he committed are youthful mistakes that contradict his upbringing and family history.

We were very affected and shocked by the case. As soon as he was imprisoned in Morocco, we surrounded his family with our affection and kept each other as closely informed as possible of the progress of the case. We are appalled by the offences he has admitted to committing. We hope to be able to hold him in our arms very soon.

**EXHIBIT 1, P. 25**

*TRANSLATION*                              *Case #21-109 RSL*                              *USA vs. RAOULT*

We are unable to communicate directly with Sebastien, but we know that he has been reflecting considerably over the last few months. He has experienced the serious consequences and grasped the gravity of the actions he had committed. This time spent in isolation refocused him on himself and the importance of following the rules to live in a healthy society. He will be ready to invest himself in his adult life, by serious studies and by integrating himself into society through work that contributes to the prosperity of society as a whole.

Sebastien is at an age where we are building our lives and we want him to be able to build his life on solid foundations, as soon as possible. We will encourage him to return to school and work as soon as possible, because we know that this is the best way to integrate into society and contribute to it in a fair and lawful manner.

We, Sebastien's cousins, aged between 30 and 50, are all active professionally and socially. He can count on our support and example. He will be able to get to know his little cousins born during his detention. We will be able to advise and watch over him, help him in his professional integration and support him in the major stages of life. We will make sure he knows that he can and should count on us.

Yours sincerely,

Anne-Jacqueline BOUSCH

[Hand signature]

Pour les signataires suivants :
1. Héloïse BOURLET, Saint-Laurent-du-Pont, France
2. Anne-Lorraine BOUSCH,  Bridel, Luxembourg
3. Marion COFAIS, Mons-en-Baroeul, France
4. Florian COFAIS, Jardin, France
5. Guillaume LABARRERE-CLAVERIE, Basse Ham, France
6. Etienne LABARRERE-CLAVERIE, Luxembourg, Luxembourg
7. Charles-Henri MARC, Toulouse, France
8. François MARC, Perpignan, France
9. Nicolas MARC, Perpignan, France

**Adresse de contact :**
Anne-Jacqueline BOUSCH
6, rue de Normandie
75003 Paris
FRANCE

**The Honorable Richard S. Lasnik**
**U.S. District Judge**

Samedi 21 octobre 2023

**Objet : letter concerning Sébastien RAOULT**

Dear Judge Lasnik

Nous sommes les cousins germains de la famille paternelle de Sébastien Raoult. Nous sommes une grande famille très soudés et Sébastien est le plus jeune d'entre nous. Nous prenons des nouvelles les uns des autres, par nos parents ou directement. Nous nous retrouvons régulièrement tous ensemble pour les fêtes de famille et les célébrations. En dépit de nos différences d'âge, nous sommes très liés et nous sommes toujours proches dans les bons moments comme dans les épreuves.

Nous savons que Sébastien a toujours été un très bon élève, avec des facilités. Il est charismatique et très apprécié. Les gens remarquent souvent son humour, son attention aux plus jeunes et aux plus âgés et son envie de partager ses connaissances. Il est curieux, attentif et ouvert. Nous aimons bien discuter avec lui de sujets sérieux ou non. Comme il est le plus jeune, il a longtemps été considéré comme un "petit" et les plus âgés d'entre nous s'étonnent de découvrir le jeune adulte intéressant et mature qu'il devient.

Nous pensons que Sébastien s'est laissé entraîner et influencer dans un chemin qui n'a jamais été le sien. Notre famille n'a jamais eu de problèmes avec la justice et nous avons tous une vie bien établie, un travail, certains ont une famille. C'est cela que nous souhaitons lui montrer en exemple pour l'encourager dans sa réinsertion dès son retour.

Notre famille est marquée par l'histoire de nos grands-parents résistants lors de la seconde guerre mondiale et tous deux décorés de la plus haute distinction française : la légion d'Honneur. Ils ont eu le courage de s'engager au péril de leurs vies pour la justice et pour la liberté. Ces valeurs nous ont été transmises à tous et Sébastien y a toujours été sensible. Il a reçu dans son éducation les valeurs de justice et d'engagement ainsi que l'idée que le travail a une grande importance et permet de contribuer à la société. Nous sommes certains que les infractions qu'il a commises sont des erreurs de jeunesse en contradiction avec son éducation et son histoire familiale.

**EXHIBIT 1, P. 27**

Nous avons été très affectés et choqués par l'affaire. Dès sa mise sous écrou au Maroc, nous avons entouré sa famille de notre affection et nous sommes tenus informés au plus près des avancées du dossier. Nous sommes effarés des infractions qu'il a reconnu avoir commises. Nous espérons pouvoir le serrer dans nos bras très bientôt.

Nous ne pouvons pas communiquer directement avec Sébastien mais nous savons qu'il a beaucoup réfléchi ces derniers mois. Il a compris les conséquences graves des actes qu'il a commis. Ce temps passé à l'isolement l'a recentré sur lui-même et l'importance de suivre les règles pour vivre dans une société saine. Il sera prêt à s'investir dans sa vie d'adulte, par des études sérieuses et en s'insérant dans la société par un travail qui contribue à la prospérité de la société toute entière.

Sébastien est à un âge où on construit sa vie et nous souhaitons qu'il puisse construire sa vie sur des bases solides, dès que possible. Nous l'encouragerons à reprendre des études et un travail le plus rapidement possible car nous savons qu'il s'agit du meilleur moyen pour s'insérer dans la société et y contribuer de manière juste et conforme aux lois.

Nous, ses cousines et cousins, âgés de 30 à 50 ans, sommes tous actifs professionnellement et socialement. Il peut compter sur notre soutien et notre exemple. Il pourra faire connaissance avec ses petits cousins nés pendant sa détention. Nous pourrons le conseiller et veiller sur lui, l'aider dans son insertion professionnelle et l'épauler dans les grandes étapes de la vie. Nous nous assurerons qu'il sache qu'il peut et doit compter sur nous.


Yours sincerely,

Anne-Jacqueline BOUSCH


Pour les signataires suivants :
1. Héloïse BOURLET, Saint-Laurent-du-Pont, FRANCE
2. Anne-Lorraine BOUSCH, Bridel, LUXEMBOURG
3. Marion COFAIS, Mons-en-Baroeul, FRANCE
4. Florian COFAIS, Jardin, FRANCE
5. Guillaume LABARRERE-CLAVERIE, Basse Ham, FRANCE
6. Etienne LABARRERE-CLAVERIE, Luxembourg, LUXEMBOURG
7. Charles-Henri MARC, Toulouse, FRANCE
8. François MARC, Perpignan, FRANCE
9. Nicolas MARC, Perpignan, FRANCE

*TRANSLATION Fr>En 2/14*          *Case # CR21-109 RSL*          *USA vs. RAOULT*

Association "Justice for Sebastian"
17 Chemin du pré Serpent
88000 Epinal

September 29, 2023

The Honorable Richard S. LASNIK
U.S. District Judge

Subject: Letter of support concerning Sebastien Raoult

Dear Judge Lasnik,

I am writing to you in my capacity as president of the association "Justice for Sebastian". This association was created more than a year ago, after Sébastien's arrest in Morocco. At the beginning, we were a group of 25 people, friends of the family, concerned and moved by the situation in which Sébastien and his family found themselves. We wanted to support them in their efforts and lighten their burden.

This association quickly grew and we were joined by other people, who were aware of and moved by the situation widely reported in the newspapers during the year 2022.

We now have more than 150 members and nearly 500 people throughout France, who provide their help and support, and who remain mobilized to inform themselves and relay information relating to the follow-up of this case. In addition, more than 4500 supporters continue to show interest.

To this end, a newsletter and a Facebook page [carry] information about events concerning the case and share news of Sébastien and his family.

We also initiated a postcard operation at Sébastien's address, when he was incarcerated in Morocco awaiting extradition to the United States. He received more than 350 postcards from people who wanted to show their sympathy. Sébastien let us know, through his father, that all these cards had touched him a lot and allowed him to keep his spirits up to endure the rather painful conditions of incarceration in Morocco.

On Sébastien's personality, we can say that we admire his optimism and the morale of steel he has shown during all these difficult months. We can also testify to the moral values, honesty and humanism shown by his family and [within] his environment, which have always accompanied Sébastien in his up-bringing.

Above all, I wanted to inform you of the existence of this association, which has developed a gigantic network of resource persons throughout the national territory who are aware of and attentive to Sébastien's future.

*TRANSLATION Fr>En 2/14*              *Case # CR21-109 RSL*              *USA vs. RAOULT*

Also, once Sébastien is free and back in France, it is certain that he will be able to benefit from this network, to help him rebuild himself and accompany him in his reintegration needs.

The association will remain mobilized to facilitate his rehabilitation and his return to a normal life to which every 22-year-old should be able to aspire.

Best regards,

> For the association,
> Alain CREUSOT, President

> [Hand signature]

**EXHIBIT 1, P. 30**

Association « Justice pour Sébastien »
17 Chemin du pré Serpent
88000 Epinal

Le 29 septembre 2023

Honorable Richard S. LASNIK
U.S. District Judge

Objet : lettre de notoriété concernant Sébastien Raoult

Dear Judge LASNIK

Je vous écris en tant que Président de l'association « Justice Pour Sébastien ». Cette association s'est créée il y a plus d'un an, après l'arrestation de Sébastien au Maroc. Au départ, nous étions un groupe de 25 personnes, amis de la famille, interpellés et touchés par la situation dans laquelle se trouvaient Sébastien et sa famille. Nous souhaitions les accompagner dans leurs démarches et alléger leur peine.

Cette association a très vite pris de l'ampleur et nous avons été rejoints par d'autres personnes, sensibilisées et émues par la situation largement relayée dans les journaux durant l'année 2022.

Nous comptons aujourd'hui plus de 150 adhérents et près de 500 personnes dans toute la France, qui apportent, leur aide et leur soutien, et qui restent mobilisées pour s'informer et relayer les informations relatives aux suites de cette affaire. À cela s'ajoutent plus de 4500 sympathisants qui continuent à témoigner de leur intérêt.

Dans ce but une newsletter et une page FaceBook, informent des événements concernant l'affaire et partagent des nouvelles de Sébastien et sa famille.

Nous avons aussi initié une opération carte Postale à l'adresse de Sébastien, lorqu'il était incarcéré au Maroc dans l'attente de son extradition vers les États-Unis. Il a reçu plus de 350 cartes postales de personnes qui souhaitaient lui témoigner leur sympathie. Sébastien nous a fait savoir, par l'intermédiaire de son père, que toutes ces cartes l'avaient beaucoup touché et permis de garder le moral pour supporter les conditions d'incarcération plutôt pénibles au Maroc.

Sur la personnalité de Sébastien nous pouvons dire que nous sommes admiratifs de son optimisme et du moral d'acier dont il a fait preuve durant tous ces mois difficiles. Nous pouvons témoigner aussi des valeurs morales, d'honnêteté et d'humanisme portées par sa famille et son environnement, qui ont toujours accompagné Sébastien dans son éducation.

Je tenais surtout à vous informer de l'existence de cette association, qui a développé un gigantesque réseau de personnes ressources sur tout le territoire national sensibilisées et attentives sur le devenir de Sébastien.

**EXHIBIT 1, P. 31**

Aussi, une fois Sébastien libre et de retour en France, il est certain qu'il pourra bénéficier de ce réseau, pour l 'aider à se reconstruire et l'accompagner dans ses besoins de réinsertion.

L'association restera mobilisée, pour faciliter sa réhabilitation et son retour à une vie normale à laquelle tout jeune homme de 22 ans devrait pouvoir prétendre. Meilleures salutations

Pour l'association.  Alain CREUSOT  Président

**EXHIBIT 1, P. 32**

Patrick FREZE
1 avenue des Déportés
45130 MEUNG SUR LOIRE
France

Subject: Support for Sébastien RAOULT

Dear Judge Lasnik,

I am Sébastien Raoult's uncle on his mother's side. My wife, Delphine, and I have known Sebastien since he was born. My sister's family and mine live several hundred kilometers from each other, so I don't see Sébastien in his daily life, rather through our meetings at family celebrations or holidays. The last time we saw him was during the Christmas holidays of 2021, a few months before his arrest.

From a very young age, Sébastien has appeared to be a very sociable and attentive person, respectful of the advice and of the people with whom he is. For example, he was always very considerate of our son 7 years his junior and always showed respect and politeness to us.

Sébastien appeared to me to be a cultured person, curious about everything. When he was a teenager and then a young adult, we could talk to him about different subjects, whether it was cinema, political economy or sport. He knows how to take into account the opinions of others and articulate his points of view clearly.

His favourite theme is undoubtedly IT and new technologies. As an IT specialist myself, I have created my own service company to support other companies in their management. Also, we often had exchanges on this subject, which was a shared passion. I never perceived the slightest malice in his words, nor any intention to misuse techniques for personal gain. What motivated him was to understand logic, to seek to improve processes, to make them more efficient and easier to use. And on this, he was never short of ideas. He did not yet have the necessary knowledge to apply his concepts, but he could understand and comprehend the whole of a subject and make proposals that were often relevant to improve a process of development.

We were deeply affected by the news of his arrest. In our hearts, because we are a united and loving family, and it is painful for us to imagine one of our own suffering. But in our minds too, as the facts reproached do not correspond in any way to the image we have of our nephew who was destined for a promising future, faithful to the moral values that his parents have always instilled in him. This situation raises many questions in us about his motives. No doubt we can blame his behavior on a youthful mistake, a lack of discernment, or simply bad encounters at the wrong time. It is true that the alleged facts date back to the Covid period. People around the world have been disrupted by these lockdown mandates. Young people have not escaped this and have borne the brunt of the changes imposed on social relations.

We have not had direct contact with Sebastien since his arrest in Morocco, but his parents, who are in regular contact with him and have been able to visit him, told us that they had noticed that he had

*TRANSLATION FR>EN*                   *Case # CR21-109 RSL*                   *USA vs. RAOULT*

grown in maturity. He reportedly told them that the long months of deprivation of liberty had given him the opportunity to refocus on himself and his motivations for considering his future. He must now be able to start off on the right foot. We know full well that he has the capacity to do so and have full confidence in his strength of character to give the courage to close this chapter definitively and with dignity.

He will not be alone in this rehabilitation process. He will be able to rely on his family environment and all the love that comes with it. He will be able to count on the support of his entire family, his other uncles and aunts, his cousins and his brothers. My wife and I will do our part as much as we can by helping him, accompanying him, and being present at his requests.

Written in French on September 25, 2023                   [Hand signature]

**EXHIBIT 1, P. 34**

Patrick FREZE
1 avenue des Déportés
45130 MEUNG SUR LOIRE
France

Subject : Témoignage de moralité Sébastien RAOULT

Cher juge Lasnik,

Je suis l'oncle du côté maternel de Sébastien RAOULT, aussi, avec ma femme Delphine, nous le connaissons depuis sa naissance. Nous habitons, la famille de ma sœur et la mienne, à plusieurs centaines de kilomètres les uns des autres, aussi, je ne connais pas Sébastien dans son quotidien, mais à travers nos rencontres à l'occasion de fêtes familiales ou de vacances.  La dernière fois que nous l'avons vu, c'est lors des fêtes de Noël de 2021, quelques mois avant son arrestation.

Depuis son plus jeune âge, Sébastien est apparu comme une personne très sociable et à l'écoute, respectueuse des consignes et des personnes avec qui il est. Par exemple, il a toujours été très attentionné vis-à-vis de notre fils de 7 ans son cadet et a toujours fait preuve de respect et de politesse à notre encontre.

Sébastien m'est apparu comme une personne cultivée, curieuse de tout. Quand il était adolescent puis jeune adulte, nous pouvions échanger avec lui, sur différents sujets, que ce soit de cinéma, d'économie politique ou de sport. Il sait prendre en compte les avis des autres et formuler clairement ses points de vue.

Son thème de prédilection est incontestablement l'informatique et les nouvelles technologies.  Moi-même informaticien, j'ai créé ma propre société de services auprès des entreprises pour les accompagner dans leur gestion. Aussi, nous avons souvent eu des échanges sur ce sujet qui était une passion partagée. Je n'ai jamais perçu la moindre malveillance dans ses propos, ni intention de détourner des techniques dans un profit personnel. Ce qui le motivait, c'était comprendre la logique, chercher à améliorer les processus, les rendre plus performant et plus facile d'utilisation. Et là-dessus, il ne manquait jamais d'idée. Il n'avait pas encore la connaissance nécessaire pour mettre en application ses concepts, mais il pouvait comprendre et cerner l'ensemble d'un sujet et émettre des propositions souvent pertinentes pour améliorer un processus de développement.

Nous avons été très affectés par la nouvelle de son arrestation. Dans nos cœurs, car nous sommes une famille unie et aimante, et qu'il nous est pénible d'imaginer l'un des nôtres dans la souffrance. Mais dans nos esprits aussi, tant les faits reprochés, ne correspondent en rien à l'image que nous avons de notre neveu qui se destinait à un avenir prometteur, fidèle aux valeurs morales que ses parents lui ont toujours insufflées. Cette situation suscite en nous de nombreuses questions sur ses motivations. Sans doute pouvons-nous mettre son comportement sur une erreur de jeunesse, un manque de discernement, ou tout simplement de mauvaises rencontres au mauvais moment. Il est vrai que les faits reprochés remontent à la période Covid. Les populations du monde entier ont été perturbées par ces obligations de confinement. La jeunesse n'y a pas échappé et a subi de plein fouet les changements imposés dans les relations sociales.

Nous n'avons pas eu directement de contact avec Sébastien depuis son arrestation au Maroc, mais ses parents qui échangent régulièrement avec lui et qui ont pu lui rendre visite, nous ont dit qu'ils

l'avaient vu grandir dans sa tête. Il leur aurait dit que ces longs mois de privation de liberté lui ont donné l'occasion de se recentrer sur lui-même et sur ses motivations pour envisager son avenir. Il faut en effet, maintenant, qu'il puisse repartir du bon pied. Nous savons pertinemment qu'il en a les capacités et avons entièrement confiance en sa force de caractère, pour lui donner le courage de fermer dignement et définitivement ce chapitre.

Il ne sera pas seul dans ce processus de réhabilitation. Il pourra s'appuyer sur son environnement familial et de tout l'amour qui l'accompagne.  Il pourra compter avec le soutien de l'ensemble de sa famille, ses autres oncles et tantes, ses cousins et ses frères. Ma femme et moi-même apporterons autant que ce peut, notre part en l'aidant, en l'accompagnant, en étant présents à ses sollicitations.

Écrit en langue française le 25 septembre

13 rue des Ecoles
67220 Dieffenbach-au-Val
France
Friday, October 27, 2023


Attn: The Honorable Richard S. Lasnik
U.S. District Judge

Dear Judge Lasnik,

I am writing to you about my friend and former classmate, Sébastien.
I got to know Sebastien during my high school years; at that time, we already shared a common passion for IT. Both interested in cybersecurity, we soon became close and began to study the vast field of IT Security together. We spent entire days and evenings completing challenges on online platforms like *RootMe,* or *HackTheBox*. Sébastien was a true enthusiast, and he is one of the most persevering people I know. It was at this point that he chose the word "Kaizen" in his nickname, a Japanese term synonymous with continuous self-improvement and knowledge, which very well represented his state of mind, a determined man who always wanted to learn more, in pursuit of becoming the best in his field.

Sebastien and I often talked about the future; he was very concerned about his professional future and regularly expressed his desire to create his own projects. At the time, we wanted to work together, and we regularly exchanged ideas to create our joint venture after school. It is with this in mind that we joined Epitech. The way the school operated allowed us to juggle between academic and personal projects. We had the opportunity to participate together in Epitech's Integration Workshops; Sébastien already had great know-how in development compared to the other students present that day. Together, we had received a favorable opinion for admission to the school. Even though we were on different campuses, we kept in touch and often worked together on school projects.

Little by little, the friend who had always been there for me and on whom I had always been able to count was distancing himself more and more. He, who had confided in me regularly, especially during the period when he almost lost his brother in the Strasbourg attack, no longer spoke to me much about his personal life. At the time, I thought that the fact that we weren't on the same campus had driven us apart. Despite this distance, we continued to have things to do with the same communities, and I could see that Sébastien was starting to get into bad company – enthusiasts like him, but who did not hesitate to cross the ethical boundaries of cybersecurity. That's when I started to worry about him; he had changed his surroundings; he seemed sad and arrogant towards his friends and towards me. I had spoken with one of his best friends at the time to share my concern about his situation and she and I both noticed a drastic change in his behavior. In the aftermath, he decided to stop studying and I was very surprised by this decision.

It is certain to me that Sébastien was influenced by his circle of "dishonest" friends. We don't always realize what we're doing when we're behind a screen, and it only takes a period of doubt, weakness, and a bad influence to allow us to cross certain boundaries through lack of discernment. Today, I think he has gained the capacity to become aware of his actions, he has always shown great maturity and I am sure that he has arrived at the point of being able to take his life back into his own hands and become the friend I knew again – the one who wants to become the best version of himself. And maybe one day

*TRANSLATION French>English*            *Case #CR21-109 RSL*                    *USA vs. RAOULT*

we will be able to carry out our teenage projects together as we had planned. I will always place my entire confidence in him.

I hope that you will take these elements into consideration in your judgment and give Sebastian a chance to redeem himself – a chance for him to become the person he should have been. I am convinced that Sébastien will have no problem reintegrating society and I am even ready to help and accompany him in this stage of his life.

Thank you very much for your attention to my letter.

Kind regards,

Nathan LEIBEL

[Hand signature]

13 rue des écoles
67220 Dieffenbach-au-val
France
Le vendredi 27 octobre 2023


**A l'attention de l'honorable Richard S. Lasnik**
Juge du district des États-unis

Cher juge Lasnik,

Je vous écris à propos de mon ami et ancien camarade Sébastien.
J'ai connu Sébastien durant mes années de lycée, à cette époque nous partagions déjà la passion commune de l'informatique. Tous deux intéressés par la cybersécurité, nous nous sommes vite rapprochés et avons commencé à étudier ensemble le vaste domaine de la sécurité informatique. Nous passions des journées et soirées entières à compléter des défis sur des plateformes en ligne comme RootMe ou encore HackTheBox. Sébastien était un véritable passionné et c'est l'une des personnes les plus persévérantes que je connaisse. C'est à ce moment qu'il avait choisi le mot « Kaizen » dans son pseudo, un terme japonais synonyme de l'amélioration continue de soi et de la connaissance, qui représentait très bien son état d'esprit, un homme déterminé qui voulait toujours en savoir plus, en quête de devenir le meilleur dans son domaine.

Nous discutions très souvent du futur avec Sébastien. Il était très soucieux de son avenir professionnel et manifestait régulièrement son envie de créer ses propres projets. A l'époque nous voulions travailler ensemble, et l'on échangeait régulièrement des idées pour créer notre entreprise commune après l'école. C'est dans cette optique que nous avons rejoint Epitech. Le mode de fonctionnement de l'école nous permettait de jongler entre les projets scolaires et personnels. Nous avons eu l'occasion de participer ensemble aux ateliers d'intégration d'Epitech et Sébastien disposait déjà de grandes facilités en développement par rapport aux autres étudiants présents à cette journée. Nous avions reçu ensemble un avis favorable d'admission à l'école. Même si nous étions dans des campus différents, nous sommes restés en contact et avons travaillé souvent ensemble sur les projets de l'école.

Petit à petit, l'ami qui avait toujours été là pour moi et sur qui j'ai toujours pu compter prenait de plus en plus ses distances. Lui qui se confiait régulièrement, surtout dans la période où il a failli perdre son frère pendant l'attentat de Strasbourg ne me parlait plus beaucoup de sa vie personnelle. A ce moment je me disais que le fait que nous n'étions pas sur le même campus nous avait éloigné. Malgré cette distance, nous continuions de fréquenter les mêmes communautés et j'ai pu m'apercevoir que Sébastien commençait à avoir de mauvaises fréquentations. Des passionnés comme lui mais qui n'hésitaient pas à franchir les limites éthiques de la cybersécurité. C'est à ce moment que j'ai commencé à m'inquiéter pour lui, il avait changé d'entourage, il semblait triste et se montrait arrogant envers ses amis et moi-même. J'avais échangé à l'époque avec l'une de ses meilleures amies pour partager mon inquiétude sur sa situation et nous avions tous deux noté un changement radical dans son comportement. Dans la foulée il a décidé d'arrêter les études et j'avais été très étonné de cette décision.

Il est certain pour moi que Sébastien a été influencé par son cercle d'amis « malhonnêtes ». On ne se rend pas toujours compte de ses actions lorsque l'on se trouve derrière un écran et il suffit d'une

période de doute, de faiblesse et d'une mauvaise influence pour nous permettre de franchir certaines limites par manque de discernement. Aujourd'hui je pense qu'il a pu prendre conscience de ses actes, il a toujours fait preuve d'une grande maturité et je suis sûr qu'il est déjà prêt à reprendre sa vie en main et redevenir l'ami que j'ai connu. Celui qui veut devenir la meilleure version de lui-même. Et peut-être qu'un jour nous pourrons réaliser nos projets d'adolescents ensemble comme nous l'avions prévu. Je lui accorde toujours toute ma confiance.

J'espère que vous prendrez considération de ces éléments dans votre jugement et que vous donnerez à Sébastien une chance de se racheter. Une chance pour lui de devenir la personne qu'il aurait dû être. Je suis persuadé que Sébastien n'aura aucun problème à se réinsérer dans la société et je suis même prêt à l'aider et l'accompagner dans cette étape de sa vie.

Je vous remercie vivement pour l'attention que vous porterez à ma lettre.

Cordialement,

Nathan LEIBEL

.

21 rue de Dijon
06200 Nice
France
Wednesday the 4th of October, 2023
Honorable Richard S. Lasnik
U.S. District Judge

Objet: Letter concerning Sébastien RAOULT

Dear judge Lasnik,

I am writing you this letter on account of Sebastien Raoult, my best friend who was incarcerated this past year.

I have been friends with Sebastien for about 7 years now. We met back during high school and stayed close since then, he has always been someone who I can rely on and one of the kindest souls to cross my path. I can testify that he is benevolent and open to offer his help to anyone if needed. I remember him always helping other students with their homework. After high school he even helped me pick a law school and research their curriculum. Since his teenage years he demonstrated an impressive amount of knowledge and more so a curiosity for literally anything that would spark his interest. He started during this time learning about coding and enjoyed showing us little games that he would make. This was impressive as an autodidact, so we encouraged him to continue following this path after high school through a tech school.

 Everything was going well to this point, so I was really shocked by the news of his arrest. In insight, I feel like his decision to leave college was detrimental. Like said previously Sebastian has always been really kind and approachable- he would befriend anyone that was interested in being his friend. In his previous environment, his school, he was surrounded by students his age working toward the goal of employment after receiving their diploma. After he stopped attending, his new circle of friends looked strange.

He himself seemed drained, he confided in me that he had trouble sleeping and was eating less during those days. Sebastien who in the past would always joke, laugh and entertain was kind of in a depressive state. This is also during this time that he distanced himself from his inner circle, he would share less and less of his whereabouts.

After his arrest in Morocco, he was incarcerated and lived in inhumane conditions, he would recall those days as his worst memories ever.  After being moved to America, he started showing signs of improvement with his mental health and talked about going back to school when he would be back to France.

He was remorseful towards all his relatives, and especially his parents. He cried on the phone when he talked about his brother's wedding being celebrated in the middle of this and not being able to attend. He was devastated by his mother's sorrow and his father's efforts to meet him.

Sebastien is a regular young student; I truly believe that he would never in a million years put himself in this position again. He needs to be let back into society and take back the course of his life as soon as possible to be able to be back at school and successfully become a productive member of society.

**EXHIBIT 1, P. 41**

Faithfully yours,

Written directly in English.

Mia Amedor

TRANSLATION Fr>En   4/14                 Case # CR21-109 RSL                 USA vs. RAOULT

Honorable Judge Lasnik
U.S. District Judge
Pierrevert, France, September 26, 2023

Subject: Sébastien Raoult

Dear Judge Lasnik,

Allow me turn to you on the subject of Sébastien Raoult.

Sebastien is the youngest of my fourteen nieces and nephews. I have a lot of affection for him. He is a very kind boy who has always gone out of his way to participate in our family gatherings. Sebastien is a very endearing young man, a great lover of life, eager to discover things and to understand and communicate with people. I remember him, among other things, at my son's wedding 4 years ago. Sebastien had just turned 18. Without knowing each of the guests, he spoke with ease with everyone, giving free rein to his natural friendliness and sense of communication.

His arrest and all these long months that keep us away from him are painful for our entire family. We miss his youth and joie de vivre.

I must tell you that my brother, his wife, my sisters and their husbands, and I are a united family around which the younger generation of our children and grandchildren has been able to grow up serenely. Together, we are a supportive, loving team that is attentive to everyone's needs. I can assure you that Sébastien will find, first of all from his parents, but also from his uncles and aunts and especially from my husband and myself, everything he needs to honestly resume the course of his life when he is freed.

Sincerely yours,

[Hand signature]

Isabelle Cofais
8 impasse Saint Michel
04860 Pierrevert
France

Honorable Judge Lasnik
U.S. District Judge

Pierrevert, France, le 26 Septembre 2023

Objet : Sébastien Raoult

Cher Juge Lasnik,

Permettez-moi de m'adresser à vous à propos de Sébastien Raoult.

Sébastien est le plus jeune de mes quatorze neveux et nièces. J'ai pour lui beaucoup d'affection. C'est un garçon d'une grande gentillesse qui a toujours fait son possible pour participer à nos réunions de famille. Sébastien est un jeune homme très attachant, un grand amoureux de la vie, avide de découvrir les choses et de comprendre et communiquer avec les gens. Je me souviens de lui, entre autres lors du mariage de mon fils, il y a 4 ans. Sébastien venait d'avoir 18 ans . Sans connaître chacun des convives, il parlait avec aisance avec tout le monde, laissant libre cours à sa convivialité naturelle et son sens de la communication.

Son arrestation et tous ces longs mois qui nous tiennent éloignés de lui sont une véritable douleur pour toute notre famille. Sa jeunesse et sa joie de vivre nous manquent.

Je dois vous dire que nous formons avec mon frère, son épouse, mes sœurs et leurs époux, une famille unie autour de laquelle la jeune génération de nos enfants et petits-enfants a pu sereinement grandir. Nous sommes ensemble une équipe solidaire, aimante et attentive aux besoins de chacun. Je peux vous assurer que Sébastien trouvera, d'abord auprès de ses parents, mais aussi auprès de ses oncles et tantes et notamment auprès de mon époux et de moi-même, tout ce qui lui sera nécessaire pour reprendre honnêtement le cours de sa vie lorsque lui sera rendue sa liberté.

Sincèrement vôtre.

Isabelle Cofais
8 impasse saint Michel
04860 Pierrevert
France

François BOURLET
1 rue du Frémur
22490 Pleslin Trigavou
FRANCE


Trigavou – October 1, 2023


Honorable Richard S. Lasnik

U.S. District Judge


In re: Letter of notoriety regarding Sebastien RAOULT


Dear Judge Lasnick,


I would like to write to you about Sebastien, the youngest of my nephews. Although our family is close, we are geographically dispersed, and our busy lives prevent us from seeing each other as often as we would like. Over the past few years, I have had few opportunities to get together with Sébastien.

The image I have of him is that of a young man who is always smiling, with a frank, lively, sporty look and an interest in everything around him. An anecdote comes to mind: during a car ride, when he was about 12 years old, he discovered that I was his aunt. In our family, we call each other by our first names without using the terms "uncle" or "aunt". His joyful reaction upon learning this made an impression on me, and he repeated several times enthusiastically, "Ah, I have an aunt, I have an aunt!" It seemed to have a special meaning for him, as if it strengthened his family bond and enriched our conversation. Unfortunately, I didn't dig deeper into that conversation at the time, something I regret today.

I'm very surprised to learn that Sébastien would have committed an offence in order to make a financial profit. His parents and brothers never led an opulent life, confining themselves to living honestly through their work. In our family, money was not a topic of discussion; we lived well, even though our parents had to budget expenses to meet the needs of their 6 children. What mattered most was our spirit of service to our country and our commitment to helping others.

I believe that this spirit has been passed on to our children. Also, most of us are more inclined towards art than materiality. For my part, I am a painter, and I am involved in volunteer activities, such as the Red Cross, where I am a trainer and participate in food distribution. I am involved in the activities of my parish. Professionally, I have worked with children. I was the director of a shelter (an outreach of the city of Paris) where we welcomed children whose parents were having difficulties.

I mention this to explain the basis for my judgments.

However, I wonder if I may have mistakenly projected our family's general mindset onto Sebastian, assuming that we all share the same values. Even if you're close, it's hard to really get to know others. What is certain is that many of us are committed to service to others, and none of us has ever sought to live beyond our means.

Since Sebastien's arrest at the airport, I haven't had the opportunity to speak privately with his parents. We engage by means of telecommunications, therefore succinctly. Especially since, given my age, I am not comfortable with computers, and this can limit my understanding of this case.

**EXHIBIT 1, P. 45**

*TRANSLATION FR>EN   1/14*               *Case # CR21-109 RSL*               *USA vs. RAOULT*

Sebastian acknowledges the mistakes he, himself, has made and trusts the justice system. He wants to get out of prison as soon as possible to get back to work. To me, this shows his willingness to take responsibility and pay for his mistakes, without taking responsibility for the mistakes of others, who may have been more dishonest and who may have used his identity for illegal purposes. My impression, based on the information I have received, is that Sebastian is doing his best in prison, engaging in sporting and intellectual activities, looking for opportunities to laugh and rejoice despite the difficult circumstances. He aspires to continue his education, although this seems difficult in the prison environment.

Thank you for taking this information into consideration in the context of Sébastien's case. I hope this can contribute to a better understanding of his personality and situation.

Rédigé ce jour en langue française

[Hand signature]

Françoise Bourlet (née Raoult)

**EXHIBIT 1, P. 46**

Françoise BOURLET
1 rue du Frémur
22490  Pleslin Trigavou
FRANCE

Trigavou le 01/10/2023

Honorable Richard S. Lasnik
U.S. District Judge

Objet : Lettre de notoriété concernant Sébastien RAOULT

Dear Judge Lasnick

Je tiens à vous écrire au sujet de Sébastien, le plus jeune de mes neveux. Bien que notre famille soit unie, nous sommes dispersés géographiquement, et nos vies occupées nous empêchent de nous voir aussi souvent que nous le souhaiterions. Au cours des dernières années, j'ai eu peu d'occasions de rencontrer Sébastien.

L'image que j'ai de lui est celle d'un jeune homme toujours souriant, au regard franc, vif, sportif et montrant un intérêt pour tout ce qui l'entoure. Une anecdote me vient à l'esprit : lors d'un trajet en voiture, il avait environ 12 ans, il a découvert que j'étais sa tante. Dans notre famille, nous nous appelons par nos prénoms sans utiliser les termes "oncle" ou "tante". Sa réaction joyeuse en apprenant cela m'a marquée, et il a répété plusieurs fois avec enthousiasme : "Ah, j'ai une tante, j'ai une tante !" Cela semblait avoir une signification particulière pour lui, comme si cela renforçait son lien familial et enrichissait notre conversation. Malheureusement, je n'ai pas creusé davantage cette conversation à l'époque, ce que je regrette aujourd'hui.

 Il est fort étonnant pour moi d'apprendre que Sébastien aurait commis une infraction dans le but d'en tirer un bénéfice financier. Ses parents et ses frères n'ont jamais mené une vie opulente, se contentant de vivre honnêtement grâce à leur travail. Dans notre famille, l'argent n'était pas un sujet de discussion ; nous vivions bien, même si nos parents devaient budgétiser les dépenses pour répondre aux besoins de leurs 6 enfants. Ce qui comptait le plus, c'était notre esprit de service envers notre pays et notre engagement à aider les autres.

Je crois que cet esprit a été transmis à nos enfants. De plus, la plupart d'entre nous sont plus enclins vers l'art que vers la matérialité. Pour ma part, je suis artiste peintre, et je suis impliquée dans des activités bénévoles, telles que la Croix-Rouge, où je suis formatrice et participe à la distribution alimentaire. Je n'implique dans les activités de ma paroisse. Professionnellement, j'ai travaillé avec des enfants . J'ai été directrice d'un centre   d'hébergement (dépendant de la ville de Paris) on accueillait  des enfants  dont les parents avaient des difficultés.

 Je mentionne cela pour expliquer le fondement de mes jugements.

Cependant, je me demande si j'ai peut-être, projeté à tort l' état d'esprit général de notre famille sur Sébastien, en supposant que nous partagions tous les mêmes valeurs. Même en étant proche, il est

**EXHIBIT 1, P. 47**

difficile de vraiment connaître les autres. Ce qui est certain, c'est que plusieurs d'entre nous sont engagés dans le service envers autrui, et aucun d'entre nous n'a jamais cherché à vivre au-dessus de ses moyens.

Depuis l'arrestation de Sébastien à l'aéroport, je n'ai pas eu l'occasion de discuter en privé avec ses parents. Nous échangeons au moyen des télécommunications, donc de façon succinctes. D'autant, que vue mon âge, je ne suis pas à l'aise avec l' informatique , ce qui peut limiter ma compréhension de cette affaire.

Sébastien reconnaît les erreurs qu'il a lui même commises et a confiance en la justice. Il souhaite sortir de prison le plus tôt possible pour reprendre une vie active. Pour moi, cela témoigne de sa volonté de prendre ses responsabilités et de payer pour ses fautes, sans endosser celles des autres, plus malhonnêtes, qui pourraient avoir utilisé son identité à des fins illégales. Mon impression, basée sur les informations que j'ai reçues, est que Sébastien fait de son mieux en prison, s'engageant dans des activités sportives et intellectuelles, cherchant des occasions de rire et de se réjouir malgré les circonstances difficiles. Il aspire également à poursuivre ses études, bien que cela semble difficile dans le milieu carcéral.

Je vous remercie de prendre en considération ces informations dans le cadre de l'affaire de Sébastien. J'espère que cela pourra contribuer à une meilleure compréhension de sa personnalité et de sa situation.

Rédigé ce jour en langue française

Françoise Bourlet (née Raoult)

St. Hubert Alley
8138 BRIDEL
LUXEMOURG

October 6, 2023

The Honorable Richard S. Lasnik
U.S. District Judge

Subject: Letter concerning Sébastien RAOULT

Dear Judge Lasnik,

This letter to bring to your kind attention my various reflections on the subject of Sébastien Raoult, my nephew.

Not living far from my brother, Paul Raoult (Sébastien's father), I have had many opportunities to meet him, to see him evolve over the years.

He was a joyful child, naturally kind, open to others in daily life, without conflict. Wise and serious at school, he was a good student who certainly did not cause his parents any problems in his studies.

What has characterized him since a very young age is his curiosity about our world and in various fields oriented towards progress: new technologies, sustainable development, artificial intelligence...

When we were alerted to his arrest by the American authorities, at the Moroccan customs, it was as though sky had fallen on our heads. There are no words to describe our distress and anguish. We are a large and close-knit family, and for all of us it was a profound upheaval and pain to imagine him in detention in unfavorable living conditions and devoid of basic amenities.

Not for a single day did he leave my thoughts. I had only my prayers to God, hoping that God's mercy would come to his aid in these hard moments of loneliness.

We had no contact when he was detained in Morocco; even the letters didn't always reach him.

To his parents, he would recount the ordinary days of his life without ever complaining: no doubt so as not to sadden them further...

As I learned over the months of Sébastien's accusations, I was perplexed and incredulous. Sebastien could not have committed these misdeeds, there was a mistake about the person...

How could a young man, who is very close to his parents and who has both been given a taste for commitment, the respect for the protection of human and collective values, break with these founding values of our society?

The general atmosphere of these Covid years 2020-2021 certainly played a detrimental role. The situation has been destabilizing for many young people.

Long months during which closed schools forced students to continue their studies on their own by teleworking. They have seen their world turned upside down. They have lost their bearings and faith in the future whose prospects have become precarious, insecure and dangerous. To continue to give meaning to their lives, they had to quickly abandon some of the values that had built them.

In 2020, Sébastien was 19 years old. He was eager for those years of study. He was deprived of them.


At the age of 77, I don't know much about this internet generation. But I suspect that in this matter they have the opportunity, so young, to quickly think themselves geniuses... of web artists.

The exploration of this virtual, dangerous, open world gives rise to rivalry struggles that can end in tragedy. But sometimes also to relationships of mutual aid and dangerous complicity that take us too far where we would not have thought we would go.

I cannot conceive that Sebastian would have consciously drawn up the plan of an action detrimental to the interests of others. And if by misfortune he had embarked on this path, his deepest nature must make him regret it painfully.

I know Sebastien meditated a lot in prison. He has matured and brought meaning and order to his projects. Instead of bitterness and anger, he grew in wisdom and asserted himself in positive motivations towards his future.

We are all very grateful for his current state of mind, and confident in his atoning power by which he will find his way to building a solid and serene future.

Certainly, if Sebastien has committed a crime, he is not a repeat offender.

We have no opinion on Sebastien's responsibility for the acts of which he is accused, we know nothing about his guilt. But depending on the verdict that is handed down, he may have years in prison. This possibility makes my blood run cold!

Prison is perhaps less the lack of freedom that is most unbearable, rather it is the years lost, the energy to learn, to grow that is mutilated.

But Sebastien is not alone. If he fought a bad battle, he did not lose the war to succeed in his Life, to rebuild himself, to dedicate the best of himself to Society.


We can't wait to see him back with us, where everyone will provide heartfelt efforts to help him get back on track. He is surrounded by 11 cousins between the ages of 23 and 50 who are well balanced in their lives and who will constitute good advice and support.

With a vibrant conviction, I believe that to rebuild oneself, nothing can be more effective than a loving and strong family environment.

I hold in my thoughts Sébastien's grandparents, our parents, who, through their example and their heroic commitment, built their family of 6 children on a rock of moral values and honesty, anchored within their hearts.

And I make a wish with religious sincerity, that from up there, they will one day be proud of their young grandson Sébastien.


My husband, Pierre, who is very attached to Sébastien, joins me in this letter.


Sincerely,


Annette BOUSCH

[Hand signature]

Pierre BOUSCH

[Hand signature]

(written in French)

**EXHIBIT 1, P. 51**

Allée St Hubert
8138 BRIDEL
LUXEMBOURG

Le 6 octobre 2023

Honorable Richard S. Lasnik
U.S. District Judge

Objet : Letter concerning Sébastien RAOULT

Cher juge Lasnik,

Ce courrier pour porter à votre bienveillante attention mes diverses réflexions au sujet de Sébastien Raoult, mon neveu.

N'habitant pas loin de chez mon frère Paul Raoult (le père de Sébastien), j'ai eu maintes occasions de le rencontrer, de le voir évoluer au fil des années.

C'était un enfant joyeux, au naturel gentil, ouvert vers les autres dans la vie quotidienne, sans conflit. Sage et sérieux à l'école, c'était un bon élève qui n'a certainement posé aucun souci à ses parents dans ses études.

Ce qui le caractérise depuis très jeune, c'est la curiosité qu'il porte sur notre monde et dans des domaines variés orientés vers le progrès: les technologies nouvelles, le développement durable, l'Intelligence artificielle…

Lorsque nous avons été alertés de son arrestation pour les autorités américaines, à la douane marocaine, le ciel nous est tombé sur la tête. Il n'y a pas de mot pour décrire notre désarroi et notre angoisse. Nous sommes une famille nombreuse et très soudée, et pour nous tous ce fut un profond bouleversement et une souffrance de l'imaginer en détention dans des conditions de vie si défavorables et dépourvues des commodités élémentaires.

Pas un seul jour, il n'a quitté mes pensées. Je n'avais que mes prières vers Dieu, espérant que la miséricorde divine lui vienne en aide dans ces durs moments de solitude.

Nous n'avions aucun contact lorsqu'il était détenu au Maroc; même les courriers ne lui parvenaient pas toujours.

À ses parents il racontait l'ordinaire de ses journées, sans se plaindre jamais : sans doute pour ne pas les attrister davantage…

En prenant connaissance au fil des mois, des faits reprochés à Sébastien, j'étais perplexe et incrédule. Sébastien ne pouvait avoir commis ces méfaits, il y avait erreur sur la personne…

Comment un jeune homme, très proche de ses parents, ayant reçu d'eux le goût de l'engagement, le respect de la protection des valeurs humaines et collectives , pourrait-il ainsi rompre avec ces valeurs fondatrices de notre société ?

*Lettre Annette BOUSCH au Juge LASNIK* page

L'ambiance générale de ces années Covid 2020-2021 a certainement joué un rôle néfaste. La situation a été déstabilisante pour beaucoup de jeunes.

De longs mois durant lesquels les écoles fermées imposaient aux étudiants livrés à eux-mêmes de poursuivre leurs études en télétravail. Ils ont vu leur monde basculer. Ils ont perdu leurs repères et la Foi dans l'avenir dont les perspectives sont devenues précaires, insécures et dangereuses. Pour continuer à donner du sens à leur existence, ils ont dû très vite abandonner certaines des valeurs qui les avaient construits.

En 2020, Sébastien avait 19 ans. Il était avide de ces années d'études. Il en a été privé.

A mon âge, 77 ans, je connais mal cette génération internet. Mais je soupçonne que dans cette matière ils ont l'occasion, si jeunes, de se prendre vite pour des génies…. des artistes du Web.

L'exploration de ce monde virtuel, dangereux, ouvert, donne lieu à des luttes de rivalité qui peuvent finir par des drames. Mais parfois aussi à des relations d'entraide et de complicité dangereuses qui amènent trop loin, là où on n'aurait pas pensé aller.

Je ne peux pas concevoir que Sébastien ait élaboré en pleine conscience le projet d'une action préjudiciable aux intérêts d'autrui. Et si par malheur il s'était engagé dans cette voie, sa nature profonde doit le lui faire regretter douloureusement.

Je sais que Sébastien a beaucoup médité en prison. Il en a acquis une maturité et mis du sens et de l'ordre dans ses projets. À la place de l'aigreur et de la colère, il a grandi en sagesse et s'est affirmé dans des motivations positives vers son avenir.

Nous sommes tous très reconnaissants de son état d'esprit actuel, et confiants dans sa force d'expiation par laquelle il trouvera son chemin de construction d'un avenir solide et serein.

Car assurément, si Sébastien a commis un délit, il n'est pas un délinquant récidiviste.

Nous n'avons aucune opinion sur la responsabilité de Sébastien dans les faits dont on l'accuse, nous ne savons rien de sa culpabilité. Mais selon le jugement qui sera prononcé, il aura peut-être des années de détention. Cette éventualité me glace le sang!

La prison, c'est peut-être moins le manque de liberté qui est le plus insoutenable, mais ce sont les années perdues, l'énergie d'apprendre, de grandir qui est mutilée.

Mais Sébastien n'est pas seul. S'il a mené une mauvaise bataille, il n'a pas perdu la guerre pour réussir sa Vie, se reconstruire, dédier le meilleur de lui-même à la Société.

Nous avons profondément hâte de le revoir parmi nous, où chacun aura à cœur de l'aider à redémarrer. Il a auprès de lui 11 cousins et cousines de 23 à 50 ans, équilibrés dans leur vie et qui seront de bons conseils et soutiens.

Avec une vibrante conviction j'estime que pour se reconstruire, il n'est pas plus efficace qu'un environnement familial aimant et fort.

Je pense aux grands-parents de Sébastien, nos parents, qui par leur exemple, leur engagement héroïque, ont bâti leur famille de 6 enfants sur un roc de valeurs morales et d'honnêteté chevillées au cœur.

Et je fais le vœu très religieux , que de là-haut, ils soient un jour fier de leur dernier petit-fils Sébastien.

Mon mari, Pierre, très attaché à Sebastien, se joint à moi pour ce courrier.

Sincerely.


Annette BOUSCH

Pierre BOUSCH

(écrit en langue française)

**EXHIBIT 1, P. 54**

TRANSLATION French>English          Case # CR21-109 RSL                    USA vs. RAOULT

73 rue de Bezons
92400 Courbevoie
France

October 28, 2023

Honorable Richard S. Lasnik
U.S. District Judge

In re: Letter concerning Sébastien RAOULT


Dear Judge Lasnik,

I'm a friend of Sebastien's and we're the same age. I met him through mutual friends in Paris, during a party in a restaurant where we were watching a football match during Euro 2021. Our friendship grew quickly, and we continued to communicate via social media. Afterwards, we shared holidays with other comrades, spending long moments talking, because we had many things in common and a similar vision of life that brought us closer.

I remember Sébastien's healthy lifestyle and his desire to contribute to the collective harmony. During our vacation, he was extremely kind to everyone, taking pleasure in preparing breakfast or meals for others, and even making sure not to disturb our neighbors by adjusting the volume of the music. He regularly offered activities, whether it was sports, games, or outings, while remaining humble. His enthusiasm was contagious, and his attitude was a great way to maintain cohesion within the group.

The person I know in Sebastian does not correspond in any way to the acts of which he is accused. I have always seen him as respectful of others, and his selflessness prevented him from wanting to cause harm to anyone. He used to say, "Do not do unto others as you would not have them do unto you," and I have seen that he applies this maxim to himself. The facts of which he is accused date back to a period prior to our meeting, but from what I have learned from my subsequent acquaintance, I am convinced that if he committed the acts of which he is accused, it was without malicious intent, and undoubtedly without being aware of the seriousness and impact that it could have.

Sebastian had a vision of life where he thought he had a destiny to fulfill, thus contributing to the evolution of the world and society. To this end, he had an excellent command of computers, a tool that he handled with ease and which he considered a means of accomplishing his "mission" on earth. I don't see him as a delinquent in any way. I cannot imagine that he intended to harm the public. You can therefore understand my great surprise and deep dismay at learning of his arrest. I am convinced that he has no business in prison, for he has so many good things to offer his fellow human beings.

Since his arrival in Seattle, I have had the opportunity to speak on the phone with Sebastien several times. He remains the same person, even thousands of miles away, still thinking about us and cheering us up. His positivity remains intact, and he doesn't let himself get discouraged.  He often repeats, "I am here now, but one day I will no longer be here, and I will be able to resume my life... That thought, alone, is enough to keep me going. »

**EXHIBIT 1, P. 55**

*TRANSLATION French>English*          *Case # CR21-109 RSL*                    *USA vs. RAOULT*

During our phone conversations this year, I noticed that this unfortunate experience gave him the opportunity to mature, to lead a simpler life, to play sports, to follow a regular schedule, and to reflect on himself during moments without activities. He told me that he was reading a lot and that he was enjoying this new perspective. For him, this situation is not an ordeal, but an opportunity for personal growth. I genuinely believe that this attitude reflects his true personality and allows him to stay positive.

I am aware that Sébastien aspires to work in the field of new technologies, an area where he has the necessary skills and passion. He is a gifted person. Sébastien has the resources in him to get back on his feet and avoid going down the wrong path. In my eyes, he is intelligent and able to draw positive lessons from his time in prison, resuming his life without resentment or bitterness, but continuing on his path that allows him to grow and mature.

When Sébastien returns to France, free, I am ready to show him in return everything he has done for me. I will be there to listen to him, accompany him, and possibly put him in contact with people in my network who could help him in his professional project.

Kind regards


        Alfu DRAME

        [Hand signature]

**EXHIBIT 1, P. 56**

73 rue de Bezons
92400 Courbevoie
FRANCE

Le 28 octobre 2023

Honorable Richard S. Lasnik
U.S. District Judge

Objet : Letter concerning Sébastien RAOULT

Dear judge Lasnik,

Je suis un ami de Sébastien et nous avons le même âge. J'ai fait sa connaissance par le biais d'amis communs à Paris, lors d'une soirée dans un restaurant où nous suivions la retransmission d'un match de football lors de l'Euro 2021. Notre amitié s'est rapidement développée, et nous avons continué à communiquer via les réseaux sociaux. Par la suite, nous avons partagé des vacances en compagnie d'autres camarades, passant de longs moments à discuter, car nous avions de nombreux points communs et une vision de la vie similaire qui nous rapprochait.

Je retiens de Sébastien son mode de vie sain et son désir de contribuer à l'harmonie collective. Pendant nos vacances, il s'est montré extrêmement bienveillant envers tous, prenant plaisir à préparer le petit déjeuner ou les repas pour les autres, et même à veiller à ne pas déranger nos voisins en ajustant le volume de la musique. Il proposait régulièrement des activités, que ce soit du sport, des jeux ou des sorties, tout en restant humble. Son enthousiasme était contagieux, et il savait, par son attitude, maintenir une belle cohésion au sein du groupe.

La personne que je connais en Sébastien ne correspond en rien aux actes qui lui sont reprochés. Je l'ai toujours vu respectueux envers autrui, et son altruisme l'empêchait de vouloir causer du tort à quiconque. Il avait l'habitude de dire : "Ne fais pas aux autres ce que tu n'aimerais pas qu'on te fasse", et j'ai pu constater qu'il appliquait cette maxime à lui-même. Les faits qui lui sont reprochés remontent à une période antérieure à notre rencontre, mais d'après ce que j'ai appris en le côtoyant par la suite, je suis convaincu que s'il a commis les actes qui lui sont reprochés, c'était sans intention malveillante, et indubitablement sans avoir conscience de la gravité et de l'impact que cela pouvait avoir.

Sébastien avait une vision de la vie où il pensait avoir un destin à accomplir, contribuant ainsi à l'évolution du monde et de la société. Dans ce dessein, il avait une excellente maîtrise de l'informatique, un outil qu'il maniait avec aisance et qu'il considérait comme un moyen d'accomplir sa "mission" sur terre. Je ne le perçois en aucune manière comme un délinquant. Je ne peux imaginer qu'il ait eu l'intention de nuire à la population. Vous comprenez donc ma grande surprise et ma profonde consternation en apprenant son arrestation. Je suis persuadé qu'il n'a rien à faire en prison, car il a tant de bonnes choses à offrir à ses semblables.

Depuis son arrivée à Seattle, j'ai eu l'occasion de parler au téléphone avec Sébastien à plusieurs reprises. Il demeure la même personne, même à des milliers de kilomètres de distance, continuant de penser à nous et de nous remonter le moral. Sa positivité demeure intacte, et il ne se laisse pas abattre.

Il répète souvent : "Je suis actuellement ici, mais un jour, je ne le serai plus, et je pourrai reprendre ma vie... Rien que cette pensée me suffit pour tenir bon."

Au cours de nos échanges téléphoniques de cette année, j'ai remarqué que cette malheureuse expérience lui a offert l'opportunité de mûrir, de mener une vie plus simple, de pratiquer le sport, de suivre un emploi du temps régulier, et de réfléchir à sa personne en l'absence d'activités. Il m'a confié qu'il lisait beaucoup et qu'il appréciait cette nouvelle perspective. Pour lui, cette situation n'est pas une épreuve, mais une opportunité de croissance personnelle. Je pense sincèrement que cette attitude reflète sa véritable personnalité et qu'elle lui permet de rester positif.

Je suis conscient que Sébastien aspire à travailler dans le domaine des nouvelles technologies, domaine où il possède les compétences et la passion nécessaires. Il est une personne douée. Sébastien a en lui les ressources pour se relever et éviter de s'engager sur une mauvaise voie. À mes yeux, il est intelligent et capable de tirer des leçons positives de son temps d'incarcération, reprenant sa vie sans rancune ni amertume, mais en continuant son chemin qui lui permet de grandir et de mûrir.

Lorsque Sébastien retournera en France, libre, je suis prêt à lui rendre tout ce qu'il a fait pour moi. Je serai là pour l'écouter, l'accompagner, et le mettre éventuellement en contact avec des personnes de mon réseau qui pourraient l'aider dans son projet professionnel.

Cordialement,


Alfu DRAME