# Exhibit 2

Dear Judge Lasnik,

My name is Sebastien Raoult, I was born the February 2nd 2001 in France. I hope this letter may help you get a better understanding of myself.

I grew up with my lovely family of my 2 parents and 2 older brothers (both 31 and 33 years old Monday) in the Varges Mountains in France, where I have also received public education from elementary school to high school. I am a computer enthusiast since I was a teenager, it came first by playing video games and then more when I stared to learn computer programing from home with friends of mine over the internet. It quickly became a passion so after I graduated high school in 2019, I decided to join EPITECH a computer science university. I was doing good so far until the COVID-19 pandemic. We had to stay home and I failed to keep up with school while being locked down.

This is when happened my crime, I think I was trying to evade depression during these troubled times so I was going into computer hacking but I didn't realize at that time I was causing harm and how bad was the impact of my acts. I should've known better than to commit a crime and I should have used my skills to help and to benefit society instead of hurting it. I really regret and I am sorry especially to the victims, company employees and customers. During my almost 20 months of incarceration, I had the time to think about the consequences of my crime, including the position I put my family at exposing them to stress and anxiety which is really bad, especially after all the traumas we already been through. To them, I also must apologize.

The first 8 months were inhumane conditions whole I was waiting for extradition, but since I got in the FDC SeaTac, I've been able to use my time to grow up, develop my mind and body in a healthy way to finally put my childish mistakes behind me and grow as a better person for the future. I realized that prison is the last place on earth I want to spend the rest of my life, so I shall no more commit crime again or I may come back and disrespect my loved ones again. Time is the most precious thing we have, so I should use it better than getting in trouble and putting myself in prison, especially in these Christmas holidays when my family is going to miss me again.

I think I understand my mistakes and their impact and now that I accept the responsibility of it and had got the right conclusions, I'm already thinking about the future. I would like to restart a different college course in computer programing and I would really wish, using my experience, to help prevent similar crimes to happen to companies and people if I would have been given the opportunity. I consider myself really lucky that I've received a lot of support from my country and my family and that they are ready to help me get a new start in society.

There are legitimate ways out there to practice cybersecurity such as "bug bounty" programs, which are professional activities consisting of reporting computer security

flaws to enterprises, and be rewarded accordingly to the terms of the program submitted by those. It shall keep me away from getting into similar circumstances now that I know what are the consequences if I keep doing cybersecurity in un-legitimate ways.

      I hope I've been able to help you in your judgment and understanding through this letter. Thank you for your consideration.

Sincerely yours,

s/ Sebastien Raoult